IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| STEVEN SMITH, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 122-149 |
| | ) | |
| AUGUSTA-RICHMOND COUNTY, GEORGIA, et al. | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

The Court **GRANTS** Defendant Augusta-Richmond County's consent motion for an extension of time to respond to Plaintiff's Complaint. (Doc. no. 16.) Defendant shall have through and including January 27, 2023, within which to answer, move, or otherwise respond to Plaintiff's Complaint.

SO ORDERED this 5th day of January, 2023, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA