IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| STEVEN SMITH, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:22-cv-00149 |
| | ) | |
| AUGUSTA-RICHMOND COUNTY, | ) | |
|     GEORGIA; | ) | |
| | ) | |
| RICHARD ROUNDTREE, individually | ) | |
|     and in his official capacity as | ) | |
|     Sheriff of Richmond County, | ) | |
|     Georgia; | ) | |
| | ) | |
| DEPUTY SMITH, whose first name is | ) | |
|     presently unknown to Plaintiff, | ) | |
|     individually and in his | ) | **PLAINTIFF'S NOTICE OF** |
|     in his official capacity as a sworn | ) | **INTENT TO FILE RESPONSE** |
|     officer of Richmond County | ) | **TO MOTION TO QUASH** |
|     Sheriff's Office; | ) | |
| | ) | |
| MAJOR KEVIN JONES, individually | ) | |
|     and in his official capacity as | ) | |
|     Commander of the Charlie Webster | ) | |
|     Detention Center operated by the | ) | |
|     Richmond County Sheriff's Office; | ) | |
| | ) | |
| LIEUTENANT DANNY WHITEHEAD, | ) | |
|     Individually and in his official | ) | |
|     capacity as a sworn officer of the | ) | |
|     Richmond County Sheriff's Office | ) | |
| | ) | |
|     and | ) | |
| | ) | |
| JOHN DOE DEFENDANTS ONE | ) | |
|     THROUGH SIX, presently | ) | |
|     unidentified to Plaintiff, each of | ) | |
|     whom is sued individually and in | ) | |
|     his capacity as a sworn officer | ) | |
|     of the Richmond County Sheriff's | ) | |
|     Office, | ) | |
|         Defendants. | ) | |

1

On Friday, February 17, 2023, Movants Burnside Law Firm, LLP and Thomas Burnside moved to quash or alternatively for a protective order with respect to a subpoena served by Plaintiff on Movants on February 3, 2023 requiring the production of certain documents on or before Monday, February 20, 2023. Movants waited until the last business day before the return date on the subpoena before taking any action.

Notably, Movants made no attempt to confer with Plaintiff before filing this motion. Perhaps Movants, in failing to confer with Plaintiff's counsel about this matter, rely on the lack of any specific requirement for a nonparty to do so under Local Rule 26.5 and Fed. R. Civ. P. 26(c). Nevertheless, Plaintiff would have expected at least a call from Movants' counsel, a member of the Bar of this Court, if not from Movants' themselves (Mr. Burnside being I suppose a member also), to discuss the matter. In fact, Plaintiff learned of Movants' objections only on February 17. It is also worth noting that Plaintiff, in a perhaps misguided attempt to extend to Mr. Burnside a degree of courtesy which he evidently does not wish to reciprocate, sent Mr. Burnside by email a copy of both subpoenas on January 31, with an inquiry whether Mr. Burnside would accept them without formal service and noting that in that case Mr. Burnside would of course retain his right to object to production. Plaintiff received no reply at all to this letter.

Moving beyond these procedural considerations, however, Plaintiff disputes Movants' arguments. Plaintiff will respond to Movants' motion within the time provided by Local Rule 7.4, unless the Court through the United States Magistrate Judge directs otherwise.

                                                TURNER PADGET GRAHAM & LANEY, P.A.

                                                /s/ Charles C. Stebbins, III
                                                Charles C. Stebbins, III, Attorney for Plaintiff
                                                Georgia Bar No.: 677350
                                                Robert P. Mangum, Attorney for Plaintiff
                                                Georgia Bar No.: 268222

PO Box 1495
Augusta, GA. 30903
(706) 722-7543
cstebbinsiii@turnerpadget.com
rmangum@turnerpadget.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the within and foregoing ***Plaintiff's Notice of Intent to File Response to Motion to Quash*** has been filed with the Clerk's electronic filing system, which will electronically notify all counsel of record as follows:

>Tameka Haynes, Esq.
>thaynes@frailswilsonlaw.com
>Randall Frails, Esq.
>randyfrails@frailswilsonlaw.com
>Frails & Wilson, LLC


>Harry D. Revell
>Nicholson Revell LLP
>harry@nicholsonrevell.com

<u>/s/ Charles C. Stebbins, III</u>