

## Richmond County Sheriff's Office

### CASE REPORT
400 Walton Way
Augusta, GA 30901

CASE# **2022-00176807**

### EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 07/21/2022 11:07 | (7399) Misc Offense | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| 07/21/2022 08:00 | 07/21/2022 11:07 | 2903 PROFESSIONAL PKWY Augusta, GA |

### OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | 94-TWS<br>TROUBLE WITH SUBJECT | 1 | Commit |
| | | | |
| | | | |
| | | | |
| | | | |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| Adult | Complainant | BLACKWELL, LILLIE KIERRA | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| 1994 | 27 | 4867 Hereford Farm RD Evans, GA 30809 | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| Black | | Female | 5'02  5'02 | 152  152 | Black | | Brown |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| Adult | Other | SMITH, STEVEN CHRISTIAN | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| 1972 | 49 | 2085 HECKLE ST AUGUSTA, GA 30904 | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| White | | Male | 5'06  5'06 | 180  180 | Gray | | Hazel |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| WHITE, BENJAMIN 4700041 | 07/21/2022 | DAILEY, TY |

**EXHIBIT A**



**Richmond County Sheriff's Office**
CASE REPORT
400 Walton Way
Augusta, GA 30901

CASE# 2022-00176807

---

**NARRATIVE**

---

On Thursday, July 21, 2022 at 1107 hours, I Deputy Benjamin White (Unit 3105) responded to a call at 2903 Professional Pkwy (Preferred Women's Health) in reference to a trouble with subject. Upon arrival, I met with the manager of the business (Lillie Blackwell)(Complainant), who advised that Steven Smith (Other) was blocking the driveway of the business, while protesting for enforcement of the new in-effect Georgia Life Act.

Blackwell stated that on 07212022 at an unknown time since opening for the day, that Smith and other protestors began protesting at the edge of the business's property. Blackwell stated that Smith was blocking the driveway for the vehicles that were attempting to go into the business's driveway. Blackwell advised that they are operating the business in compliance with the Georgia Life Act and are not performing any abortions on any fetuses with a heartbeat.

Smith stated that they were protesting in reference to the Georgia Life Act. Smith stated that he believes that the business is still performing abortions on fetuses with a heartbeat, but could not provide any direct proof of this. Smith was advised that he had the right to protest and a right to free speech, but was advised not to block the driveway into the business and not to cause a traffic hazard for incoming vehicles. Smith was advised that Blackwell stated to me that the business is not performing any abortions on any fetuses that have a heartbeat and that the patients are sent away if an ultrasound detects a heartbeat on the fetus. Smith advised that he would not block the driveway of the business.

I observed Smith and the protestors still on public property and not causing any type of traffic hazard. Blackwell was given a case number and advised on the procedure to obtain the report.

BWC was activated.

---

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| WHITE, BENJAMIN 4700041 | 07/21/2022 | DAILEY, TY |



# Richmond County Sheriff's Office

**CASE REPORT**
400 Walton Way
Augusta, GA 30901

CASE# **2022-00119177**

## EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|
| 05/18/2022 12:46 | (7399) Misc Offense | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | |
| 05/18/2022 12:46 | 05/18/2022  12:46 | 2907 PROFESSIONAL PKWY Augusta, GA | |

## OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | **16-7-21** **CRIMINAL TRESPASS** | 1 | Commit |
| | | | |
| | | | |
| | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| **Adult** | **Suspect** | **SMITH, Steven C** | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| ▉ 1972 | 49 | 2525 LUMPKIN RD Augusta, GA 30906 | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| **White** | | **Male** | 5'6    5'6 | 180    180 | **Gray** | **Hazel** | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | | |
| 060022743 / GA | | ▉ | | | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| **Adult** | **Victim** | **MAYO, LISA DAWN** | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| ▉ 1973 | 48 | 950 KATE DR EVANS, GA 30809 | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| **White** | | **Female** | 5'3    5'3 | 140    140 | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | | |
| 061909056 / GA | | (706)733-0416 | | | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|
| **Adult** | **Complainant** | **Hood, David Zachary** | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| ▉ 1987 | 34 | 2903 PROFESSIONAL PKWY Augusta, GA 30907 | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE | |
| **White** | | **Male** | 6'5    6'5 | 208    208 | **Brown** | **Blue** | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | | |
| 050951448 / GA | | ▉ | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| SMITH, TIMOTHY  C607 | 05/18/2022 | BLANCHARD, PATRICK Dean |



**Richmond County Sheriff's Office**

CASE REPORT

400 Walton Way

Augusta, GA 30901

CASE# **2022-00119177**

---

## NARRATIVE

---

22-119177

On 051822 at approximately 1246hrs I, Deputy T. Smith c607, was dispatched to 2903 Professional Pkwy in reference to trouble with subject. Upon arrival I made contact with Hood, David (complainant).

Hood stated that Smith, Steven (suspect) was walking down the side of his property. After reviewing the county property line it was determined that Smith was not on Hood's property, but on the neighbor's property 2907 Professional Pkwy (Mayo Strategic Advisors). Hood went next door and made contact with the owner Mayo, Lisa (victim). Hood and May spoke and agreed that Smith had become a issue for their businesses.

Mayo stated that Smith had previously been advised by her and Deputy Soosaipillai not to return to stay off the listed property. Mayo stated that she would like to file charges.

Smith stated that he had previously been told not to return to 2907 Professional Pkwy, but was on good terms with the owner and thought he was okay to walk on the property as long as he was not causing an issue. Smith was reminded that he was not wanted on the property and that Mayo was going to proceed with applying for the warrant.

Smith, Mayo and Hood were all provided with their case number and advised of the warrant process

---

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| SMITH, TIMOTHY  C607 | 05/18/2022 | BLANCHARD, PATRICK Dean |



# Richmond County Sheriff's Office
**CASE REPORT**
400 Walton Way
Augusta, GA 30901

CASE# **2021-00302650**

## EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE |
|---|---|
| 10/21/2021  11:07 | **(7399) Misc Offense** |

| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
|---|---|---|
| 10/21/2021  11:00 | 10/21/2021  11:07 | **2903 PROFESSIONAL PKWY** **Augusta, GA** |

## OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | **94-TWS** **TROUBLE WITH SUBJECT** | 1 | Commit |
| | | | |
| | | | |
| | | | |
| | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Adult** | **Other** | **Smith, Steven Christian** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| ▆▆1972 | 49 | **2525 Lumpkin RD Augusta, GA 30904** |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| **White** | **Male** | 5'06  5'06 | 180  180 | Gray | Hazel |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| **060022743 / GA** | **(000)000-0000** | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Adult** | **Other** | **McCoy, Amy Elizabeth** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| ▆▆1990 | 30 | **2131 Watson Springs RD Watkinsville, GA 30677** |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| **White** | **Female** | 5'04  5'04 | 122  122 | Blonde | Hazel |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| **053167653 / GA** | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| | | |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| **SMITH, TIMOTHY  4700180** | **10/21/2021** | **BLANCHARD, PATRICK Dean** |



## Richmond County Sheriff's Office
### CASE REPORT
400 Walton Way
Augusta, GA 30901

CASE# 2021-00302650

---

## NARRATIVE

---

21-302650

**Officer's Report**

On 102121 at approximately 1107hrs I, Deputy T. Smith C607 along with Deputy P. Parola C918, were dispatched to 2903 Professional Pkwy in reference to a disturbance. Upon arrival contact was made with McCoy, Amy (other) and Smith, Steven (other).

McCoy stated that Smith was standing on the street, harassing her. McCoy stated that Smith continued to harass her after she told him to stop. McCoy stated that under Georgia law that he was harassing her and wanted him to be taken to jail.

Smith stated that he was simply preaching the word and was not harassing her. Smith stated no crimes were committed.

**BWC active**

---

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| SMITH, TIMOTHY 4700180 | 10/21/2021 | BLANCHARD, PATRICK Dean |



**Richmond County Sheriff's Office**

CASE REPORT

400 Walton Way

Augusta, GA 30901

CASE# **2021-00273711**

| | | |
|---|---|---|
| **EVENT** | REPORTED DATE/TIME **09/24/2021 11:51** | OCCURRED INCIDENT TYPE **(7399) Misc Offense** |
| | OCCURRED FROM DATE/TIME **09/24/2021 11:51** | OCCURRED THRU DATE/TIME **09/24/2021  11:51** | LOCATION OF OCCURRENCE **2913 PROFESSIONAL PKWY Augusta, GA** |

### OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIS |
|---|---|---|---|
| 01 | **94-TWS** **TROUBLE WITH SUBJECT** | 1 | Commit |
| | | | |
| | | | |
| | | | |
| | | | |

### SUBJECT

| JACKET/SUBJECT TYPE **Adult**        **Other** | NAME (LAST, FIRST, MIDDLE SUFFIX) **SMITH, STEVEN CHRISTIAN** | | | | |
|---|---|---|---|---|---|
| DOB ▇▇ **1972** | AGE or AGE RANGE **48** | ADDRESS (STREET, CITY, STATE, ZIP) **2085 HECKLE ST Augusta, GA 30904** | | | |
| RACE **White** | SEX **Male** | HEIGHT or RANGE **5'06  5'06** | WEIGHT or RANGE **180  180** | HAIR **Brown** | EYE **Hazel** |
| DL NUMBER/STATE **060022743 / GA** | PRIMARY PHONE ▇▇▇ | PHONE #2 | | PHONE #3 | |

### SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

### SUBJECT

| JACKET/SUBJECT TYPE | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | |
| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |

| REPORTING OFFICER **SARINANA, DOMINIC** | DATE **09/24/2021** | REVIEWED BY **NGUYEN, SHAUN** |
|---|---|---|



**Richmond County Sheriff's Office**

CASE REPORT

400 Walton Way

Augusta, GA 30901

CASE# 2021-00273711

---

**NARRATIVE**

---

**Deputy's Report**

On Friday, September 24th, 2021, at approximately 1151 hours, I, Deputy Brandon Kennedy (B497/3104) and Deputy Dominic Sarinana (C940/3104P), responded to 2913 Professional Parkway (Law Office of Attorney O' Franklin Askin Jr) in reference to a subject yelling.

Upon our arrival, we observed a white male subject standing in the grass in front of 2903 Professional Parkway (Preferred Women's Health Center) along with several other members of a group of protestors headed up by a subject known by name and face as Steven Smith. I observed that the white male subject was reading aloud from a book, possibly the Bible, but he was not encroaching upon the property of 2903 Professional Parkway.

Smith and the others are known to be members of a group of fanatical abortion protestors with superior knowledge of Georgia laws and Richmond County ordinances and they are known to attempt to bait deputies into taking legal action that may be in violation of their First Amendment right to free speech.

I spoke with Smith and I advised him to make sure that his followers did not violate any laws or ordinances while conducting their peaceful protest. He advised me that he understood. A report was filed for record.

BWC in use.

---

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| SARINANA, DOMINIC | 09/24/2021 | NGUYEN, SHAUN |



## Richmond County Sheriff's Office
### CASE REPORT
400 Walton Way
Augusta, GA 30901

CASE# **2021-00140010**

| EVENT | | | | |
|---|---|---|---|---|
| REPORTED DATE/TIME **05/19/2021 11:03** | OCCURRED INCIDENT TYPE **(7399) Misc Offense** | | | |
| OCCURRED FROM DATE/TIME **05/19/2021 09:45** | OCCURRED THRU DATE/TIME **05/19/2021 10:55** | LOCATION OF OCCURRENCE **2903 Professional PKWY Augusta, GA** | | |

### OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| **01** | **94-TWS** **TROUBLE WITH SUBJECT** | **1** | **Commit** |
| | | | |
| | | | |
| | | | |
| | | | |

### SUBJECT

| JACKET/SUBJECT TYPE **Adult** | **Complainant** | NAME (LAST, FIRST, MIDDLE SUFFIX) **Burnside, Thomas III** | | | | | |
|---|---|---|---|---|---|---|---|
| DOB ▇▇**966** | AGE or AGE RANGE **54** | ADDRESS (STREET, CITY, STATE, ZIP) **2919 Professional PKWY Augusta, GA 30907** | | | | | |
| RACE **White** | | SEX **Male** | HEIGHT or RANGE **5'10   5'11** | WEIGHT or RANGE **200   210** | HAIR **Gray** | | EYE |
| DL NUMBER/STATE **050353819 / GA** | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |

### SUBJECT

| JACKET/SUBJECT TYPE **Adult** | **Other** | NAME (LAST, FIRST, MIDDLE SUFFIX) **Smith, Steven Christian** | | | | | |
|---|---|---|---|---|---|---|---|
| DOB ▇▇**1972** | AGE or AGE RANGE **48** | ADDRESS (STREET, CITY, STATE, ZIP) **2085 Heckle ST Augusta, GA 30904** | | | | | |
| RACE **White** | | SEX **Male** | HEIGHT or RANGE **5'5   5'6** | WEIGHT or RANGE **180   200** | HAIR **Gray** | | EYE **Hazel** |
| DL NUMBER/STATE **060022743 / GA** | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |

### SUBJECT

| JACKET/SUBJECT TYPE **Business** | **Other** | NAME (LAST, FIRST, MIDDLE SUFFIX) **Preferred Women's Health Cent.,** | | | | | |
|---|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) **2903 Professional PKWY Augusta, GA 30907** | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |

| REPORTING OFFICER **CROSS, ROBERT 4700021** | DATE **05/19/2021** | REVIEWED BY **BLANCHARD, PATRICK Dean** |
|---|---|---|



**Richmond County Sheriff's Office**
CASE REPORT
400 Walton Way
Augusta, GA 30901

CASE# 2021-00140010

---

### NARRATIVE

Wednesday, May 19th, 2021 at 1103 hours I, Sgt. Robert Cross while working available hours in Zone 3 as 3114, responded to 2903 Professional Pkwy., Preferred Women's Health Center, regarding trouble with a subject.

I was familiar with the complaint and responded to the location off of the Walton Way Ext. area to the business complex. I set for approximately 15 minutes, listening to see if I could hear any shouting or yelling coming from protesters that stage up in front of the location, which I did not.

I drove around to 2903 Professional Pkwy. and saw four people in front with posters and other signs regarding abortions. I spoke with Steven Christian Smith and advised him that we had received another complaint regarding the noise he and his protesters were causing in the area of the businesses and asked that they keep it down.

Smith did not acknowledge the complaint, but did state that he wished I would join them in saving babies.

I left that location and proceeded to 2919 Professional Pkwy. and spoke with the complainant, Thomas Burnside III and provided him with the case number and advised that I would be filing a report today, regarding his complaint.

The most up-to-date information was obtained from all parties involved

My issued RCSO body camera did record my interaction with all parties while on scene.

---

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| CROSS, ROBERT 4700021 | 05/19/2021 | BLANCHARD, PATRICK Dean |



## Richmond County Sheriff's Office
### CASE REPORT
400 Walton Way
Augusta, GA 30901

CASE# 2020-00205517

**EVENT**

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|
| 07/29/2020  12:15 | (5700) Invasion of Privacy | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| 07/29/2020  10:30 | 07/29/2020  12:15 | **2903 PROFESSIONAL PKWY** Augusta, GA |

**OFFENSES**

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | **16-7-21** **CRIMINAL TRESPASS** | 1 | Commit |
| | | | |
| | | | |
| | | | |
| | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Adult** | **Suspect** | **SMITH, STEVEN CHRISTIAN** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| 1972 | 47 | **2085 HECKLE ST Augusta, GA 30904** |

| RACE | SEX | HEIGHT or RANGE | | WEIGHT or RANGE | | HAIR | EYE |
|---|---|---|---|---|---|---|---|
| White | Male | 5'6. | 5'6. | 180 | 180 | Brown | Hazel |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| 060022743 / GA | | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Business** | **Victim** | **Preferred Women's Health Ctr.,** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| | | **2903 PROFESSIONAL PKWY Augusta, GA 30907** |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| | | | | | |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| | (706)228-4545 | | |

**SUBJECT**

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) |
|---|---|---|
| **Adult** | **Complainant** | **Jenkins, Briana Lea** |

| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) |
|---|---|---|
| 1992 | 28 | **2903 PROFESSIONAL PKWY Augusta, GA 30907** |

| RACE | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
|---|---|---|---|---|---|
| White | Female | 5'02  5'02 | | Brown | Brown |

| DL NUMBER/STATE | PRIMARY PHONE | PHONE #2 | PHONE #3 |
|---|---|---|---|
| 000036956077 / NC | (706)228-4545 | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| **SOOSAIPILLAI, SUDIRAN 4700172** | 07/29/2020 | **TURNER, JASON** |



## Richmond County Sheriff's Office
### CASE REPORT
400 Walton Way
Augusta, GA 30901

2020-00205517

---

## ADDITIONAL SUBJECTS

| SUBJECT | JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | **Adult** | **Other** | **SHEFFER, ROBERT MATTHEW** | | | | | |
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | 958 | 61 | **861 Tyler PKWY Grovetown, GA 30813** | | | | | |
| | RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| | **White** | | **Male** | **5'7.   5'7.** | **175   175** | **Bald** | | **Green** |
| | DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |
| | **059749640 / GA** | | | | | | | |

| SUBJECT | JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| | DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |

| SUBJECT | JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| | DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |

| SUBJECT | JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| | DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |

| SUBJECT | JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| | DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| **SOOSAIPILLAI, SUDIRAN 4700172** | **07/29/2020** | **TURNER, JASON** |



**Richmond County Sheriff's Office**

CASE REPORT

400 Walton Way

Augusta, GA 30901

CASE# 2020-00205517

---

**NARRATIVE**

---

2020-00205517

On Wednesday, 072920, at 1215 hours, I, Deputy Soosaipillai responded to 2903 Professional Pkwy (Preferred Women's Health Center) in reference to harassment (20-205444, c4). While on that scene, I observed several large (24" by 48") color corrugated plastic signs placed on the business sign of The Preferred Women's Health Center with bungee straps. After finishing that call, I spoke to Mr. Smith (suspect) who is an abortion protester. I reminded him I had previously warned him about placing items on this business' signs (20-0136460, c4). While he stated he believes the "County Right-of-Way" allows him to trespass upon the property of the business, I advised him he can not (even if he had the right to protest on the "County Right-of-Way", he would still need permission from the clinic to affix or attach his propaganda signs to their business sign).

I further advised he was blocking a person's view of the business' sign. He also had his signs attached to the trees on the property and the large power box on the property. The other subject, Mr. Sheffer (protester) was also advised about trespassing upon the signs, trees, of parking lot and any property owned by the clinic. He stated "if a representative of the clinic asked us to leave, we would leave." I had an unnamed (refused) clinic staff member come outside to speak to him. She asked him to leave her property. He stated "This is not your property."

I had given Mr. Smith the previous warning on 051620 (136460, misc report) and one verbal one previous to that on 032620 (20-0088117) when he was cited for 'disturbing the peace'.

The complainant, Ms. Jenkins stated she is the administrative assistant to the business owner/property owner and she stated she (or her local representative) would prosecute. My BWC was active on this call.

---

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| SOOSAIPILLAI, SUDIRAN 4700172 | 07/29/2020 | TURNER, JASON |

**Case 2020-00205517**

(Narrative Continued)





# Richmond County Sheriff's Office

**CASE REPORT**

400 Walton Way

Augusta, GA 30901

CASE# **2020-00205444**

## EVENT

| REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|
| 07/29/2020 10:59 | (7399) Misc Offense | | |
| OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | |
| 07/29/2020 10:15 | 07/29/2020 10:59 | 2907 PROFESSIONAL PKWY Augusta, GA | |

## OFFENSES

| | | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|
| | 01 | **94-TWS**<br>**TROUBLE WITH SUBJECT** | **2** | **Commit** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| **Adult** | **Complainant** | **Mayo, John Paul** | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| 1978 | 42 | 2907 PROFESSIONAL PKWY Augusta, GA 30907 | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| **White** | | **Male** | 6'02  6'02 | 230  230 | **Brown** | **Brown** |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| 061905827 / GA | | (706)733-0416 | | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| **Adult** | **Other** | **SMITH, STEVEN CHRISTIAN** | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| 1972 | 47 | 2085 HECKLE ST Augusta, GA 30904 | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| **White** | | **Male** | 5'6.  5'6. | 180  180 | **Brown** | **Hazel** |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| 060022743 / GA | | | | | | |

## SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| **Adult** | **Other** | **SHEFFER, ROBERT MATTHEW** | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| 1958 | 61 | 861 Tyler PKWY Grovetown, GA 30813 | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| **White** | | **Male** | 5'7.  5'7. | 175  175 | **Bald** | **Green** |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| 059749640 / GA | | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| SOOSAIPILLAI, SUDIRAN 4700172 | 07/29/2020 | TURNER, JASON |



**Richmond County Sheriff's Office**

**CASE REPORT**

400 Walton Way

Augusta, GA 30901

CASE# **2020-00205444**

**NARRATIVE**

**2020-00205444**

**On Wednesday, 072920, at 1059 hours, I, Deputy Soosaipillai responded to 2903 Professional Pkwy (Preferred Women's Health Center) in reference to harassment. I spoke to an unknown w/f complainant (refused to be IDed) who stated while parked in the clinic parking lot, which is next door to Mayo & Assoc., She said the other subject, Mr. Smith, came up to her driver's side door and began yelling at her about abortion. She said she had her windows up and tried to ignore him. She stated Mr. Sheffer (other) then brought a huge color photo of an aborted fetus onto the property next door (Mayo & Assoc) and leaned it onto the bush.**

**I observed the poster-sized photo was about 40 feet from the street, well on to the property. When asked if he has permission to be on the property, he said "the property owner" as he went to remove the sign (clearly not a indicator that placing the sign there was "ok"). When I asked who that was, he said "it is on the business sign." When I asked the specific name, Mr. Smith replied "Lisa Mayo (NOD), who is the complainant's wife. I spoke to Mr. Mayo who stated his wife NEVER would, or did, give permission for any acts being involved with the abortion protesters, which he said is a major disruption to his business.**

**Mr. Mayo gave a verbal criminal trespass warning to both Mr. Sheffer and Mr Smith. I further explained the consequences of future Trespassing onto their property. My BWC was active on this call.**

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| SOOSAIPILLAI, SUDIRAN 4700172 | 07/29/2020 | TURNER, JASON |

## Richmond County Sheriff's Office
### CASE REPORT
400 Walton Way
Augusta, GA 30901

CASE# **2020-00136460**

| EVENT | REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|---|
| | 05/16/2020 11:55 | (7399) Misc Offense | | |
| | OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | |
| | 05/16/2020 11:45 | 05/16/2020  11:55 | 2903 PROFESSIONAL PKWY Augusta, GA | |

| OFFENSES | | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|
| | 01 | **94-TWS** **TROUBLE WITH SUBJECT** | 1 | Commit |
| | | | | |
| | | | | |
| | | | | |

### SUBJECT

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| **Adult** | **Complainant** | **HALES, CALLA McDonald** | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| 1990 | 30 | 3228  Latrobe DR Charlotte, NC 28211 | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| **White** | | **Female** | 5'06  5'06 | | **Brown** | **Blue** |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| 000024829758 / NC | | (888)562-7415 | | | | |

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| **Adult** | **Other** | **SMITH, STEVEN CHRISTIAN** | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| 1972 | 47 | 2085 HECKLE  ST Augusta, GA 30904 | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| **White** | | **Male** | 5'6.  5'6. | 180  180 | **Brown** | **Hazel** |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| 060022743 / GA | | | | | | |

| JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|
| | | | | | | |
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | | | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | | | | | | |
| DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| SOOSAIPILLAI, SUDIRAN 4700172 | 05/16/2020 | BLANCHARD, PATRICK Dean |



**Richmond County Sheriff's Office**

CASE REPORT

400 Walton Way

Augusta, GA 30901

CASE# 2020-00136460

---

**NARRATIVE**

---

2020-00136460

On Saturday, 051620, at 1155 hours, I, Deputy Soosaipillai responded to 2903 Professional Pkwy. (A Preferred Women's Health Center) in reference to a noise complaint (20-136447, c1, c3a). I was not able to hear any noises.

Prior to this call, I spoke to Ms. Hales, the clinic's administrator, via phone. She stated she did not want persons attaching signage to the clinic's in-ground sign, located near the roadway in front of the clinic. I then spoke to Mr. Smith and advised him he could not attach or lean his signs on or upon the clinic's sign or he could be charged with Criminal Trespass. He stated he understood.

I know Mr. Smith had been previously banned from the parking lot.  Mr. Smith agreed to remove his signs and not to put them back on the clinic's sign on future occasions. I explained to Mr. Smith the difference between "County Right-Of-Way" and "County-owned Property". I further advised him his protest signs could not be hung on the trees, if they were found to be on Private Property (even if within the County's R.O.W.).  Mr. Smith  was free of wants or warrants. My BWC was active on this call.

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| SOOSAIPILLAI, SUDIRAN 4700172 | 05/16/2020 | BLANCHARD, PATRICK Dean |





# Incident Report



**Print Date/Time:** 12/29/2022 10:56
**Login ID:** augusta\kl16332

Richmond County Sheriff's Office
**ORI Number:** GA1210000

Incident: **2020-00136447**

| | |
|---|---|
| **Incident Date/Time:** | 5/16/2020 11:30:22 AM |
| **Location:** | 2916 PROFESSIONAL PKWY |
| | Augusta GA 30907 |
| **Phone Number:** | (706)736-3377 |
| **Report Required:** | No |
| **Prior Hazards:** | No |
| **LE Case Number:** | |

| | |
|---|---|
| **Incident Type:** | Disturbance/Noise 2 |
| **Venue:** | Augusta |
| **Source:** | Phone |
| **Priority:** | 1 |
| **Status:** | In Progress |
| **Nature of Call:** | LOUD DIST/PROTESTERS |

## Unit/Personnel

| Unit | Personnel |
|---|---|
| 3114 | B987-SOOSAIPILLAI |

## Person(s)

| No. | Role | Name | Address | Phone | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Caller | THOMPSON, MS | | (706)736-3377 | | | |

## Vehicle(s)

| Role | Type | Year | Make | Model | Color | License | State |
|---|---|---|---|---|---|---|---|

## Disposition(s)

| Disposition | Count | Date/Time |
|---|---|---|
| 01 | 1 | 05/16/2020 11:55 |

## Property

| Date | Code | Type | Make | Model | Description | Tag No. | Item No. |
|---|---|---|---|---|---|---|---|

## CAD Narrative

05/16/2020 : 13:05:40 augusta\ss14905 Narrative: no noises heard, Mr. Smith stated he was singing prior to my arrival. also see 20-136460 for criminal trespass warning
05/16/2020 : 11:33:42 augusta\hs12746 Narrative: Questionnaire: DISTURBANCE/NUISANCE
Where weapons invilved or mentioned?
NO

05/16/2020 : 11:33:38 augusta\hs12746 Narrative: Questionnaire: DISTURBANCE/NUISANCE
Was the disturbance physical or verbal?
KNOWN - Enter details. - COMMENT:  LOUD DIST/PROTESTERS ON A BULL HORN

05/16/2020 : 11:33:25 augusta\hs12746 Narrative: Questionnaire: DISTURBANCE/NUISANCE
How many people are involved?
KNOWN - Enter details. - COMMENT:  PROTESTERS

05/16/2020 : 11:33:11 augusta\hs12746 Narrative: Questionnaire: DISTURBANCE/NUISANCE
Where is the suspect(s) now?
KNOWN - Obtain: Method of travel, direction and descriptions. - COMMENT:  2916 PROFESSIONAL PKWY

05/16/2020 : 11:33:03 augusta\hs12746 Narrative: Questionnaire: DISTURBANCE/NUISANCE
Do you know where the noise is coming from?
VERBAL - Enter details - COMMENT:  LOUD DIST/PROTESTERS USING A BULL HORN

05/16/2020 : 11:32:43 augusta\hs12746 Narrative: NO COMPL
05/16/2020 : 11:32:37 augusta\hs12746 Narrative: PROTESTERS  USING A BULL HORN



# Richmond County Sheriff's Office

## CASE REPORT

400 Walton Way

Augusta, GA 30901

CASE# **2019-00391658**

| EVENT | | |
|---|---|---|
| REPORTED DATE/TIME **11/06/2019 09:21** | OCCURRED INCIDENT TYPE **(5300) Public Peace** | |
| OCCURRED FROM DATE/TIME **11/06/2019 09:00** | OCCURRED THRU DATE/TIME **11/06/2019  09:26** | LOCATION OF OCCURRENCE **2903 PROFESSIONAL PKWY Augusta, GA** |

## OFFENSES

| | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|
| 01 | **16-7-21**<br>**CRIMINAL TRESPASS** | 1 | **Commit** |
| | | | |
| | | | |
| | | | |
| | | | |

## SUBJECT

| JACKET/SUBJECT TYPE **Adult**   **Suspect** | NAME (LAST, FRST, MIDDLE SUFFIX) **Smith, Steven C** | | | | | | |
|---|---|---|---|---|---|---|---|
| DOB **1972** | AGE or AGE RANGE **47** | ADDRESS (STREET, CITY, STATE, ZIP) **2085 Heckle ST Augusta, GA 30904** | | | | | |
| RACE **White** | | SEX **Male** | HEIGHT or RANGE **5'6    5'6** | WEIGHT or RANGE **170   170** | HAIR **Brown** | EYE **Hazel** | |
| DL NUMBER/STATE **060022743 / GA** | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |

## SUBJECT

| JACKET/SUBJECT TYPE **Business**   **Victim** | NAME (LAST, FRST, MIDDLE SUFFIX) **Preferred Women's Health ,** | | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) **2903 PROFESSIONAL PKWY Augusta, GA 30907** | | | | |
| RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| DL NUMBER/STATE | | PRIMARY PHONE **(706)955-7654** | PHONE #2 | | PHONE #3 | |

## SUBJECT

| JACKET/SUBJECT TYPE **Adult**   **Complainant** | NAME (LAST, FRST, MIDDLE SUFFIX) **Clark, Paula** | | | | | |
|---|---|---|---|---|---|---|
| DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) **2903 PROFESSIONAL PKWY Augusta, GA 30907** | | | | |
| RACE **Black** | | SEX **Female** | HEIGHT or RANGE **5'5   5'5** | WEIGHT or RANGE **120   120** | HAIR **Black** | EYE **Brown** |
| DL NUMBER/STATE | | PRIMARY PHONE **(706)955-7654** | PHONE #2 | | PHONE #3 | |

| REPORTING OFFICER **HUCKO, LORA  4700285** | DATE **11/06/2019** | REVIEWED BY **BLANCHARD, PATRICK Dean** |
|---|---|---|



**Richmond County Sheriff's Office**
CASE REPORT
400 Walton Way
Augusta, GA 30901

CASE# 2019-00391658

| NARRATIVE |
|---|

2019-391658

On November 6, 2019 at 0935 hours, I Deputy Hucko responded to 2903 Professional Parkway in reference to trespass. Upon my arrival I met with the office manager, Paula Clark for the victim, Preferred Women's Health Clinic, victim. Mrs. Clark stated the suspect, Steven Smith, has been protesting at the listed location since the business opened at the location. Mrs. Clark stated, the suspect has been advised he is not allowed on the property. Mrs. Clark stated on November 6, 2019 at 0926 hours, Steven Smith was videotaped on the property belonging to the victim. Mrs. Clark was advised of the warrant procedures.

*Body camera video*

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| HUCKO, LORA  4700285 | 11/06/2019 | BLANCHARD, PATRICK Dean |



# Richmond County Sheriff's Office

## CASE REPORT
400 Walton Way
Augusta, GA 30901

CASE# **2016-00501271**

| EVENT | REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | |
|---|---|---|---|
| | **11/30/2016 11:13** | **(7399) Misc Offense** | |
| | OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE |
| | **11/30/2016 10:45** | **11/30/2016   11:13** | **2919 PROFESSIONAL PKWY AUGUSTA, GA** |

| OFFENSES | | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|
| | 01 | **94-TWS TROUBLE WITH SUBJECT** | **1** | **Commit** |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SUBJECT | JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|---|
| | **Adult** | **Complainant** | **Burnside, Thomas Ruben III** | | | | |
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | 1966 | **50** | **1304 Buena Vista RD Augusta, GA 30909** | | | | |
| | RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | **White** | | **Male** | **5'11   5'11** | **225   225** | **Brown** | **Hazel** |
| | DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | **050353819 / GA** | | **(706)432-8320** | | | | |

| SUBJECT | JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|---|
| | **Adult** | **Other** | **Smith, Steven Christian** | | | | |
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | 1972 | **44** | **1616 WHITNEY ST AUGUSTA, GA 30904** | | | | |
| | RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | **White** | | **Male** | **5'6   5'6** | **180   180** | **Brown** | **Hazel** |
| | DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | **060022743 / GA** | | | | | | |

| SUBJECT | JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | |
| | | | | | | | |
| | RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | EYE |
| | | | | | | | |
| | DL NUMBER/STATE | | PRIMARY PHONE | PHONE #2 | | PHONE #3 | |
| | | | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| **PRIOR, JAMES** | **11/30/2016** | **COMPTON, JAMES R.** |



### Richmond County Sheriff's Office
#### CASE REPORT
400 Walton Way
Augusta, GA 30901

CASE# **2016-00501271**

---

## NARRATIVE

---

On 113016, at 1113 hours, I, Dep J. Prior, was dispatched to 2919 Professional; Parkway (Burnside Law Firm) in reference to trouble with a subject. When I arrived, I met Mr. Thomas Burnside in the business.

Mr. Burnside stated that Mr. Steven Smith was protesting the Women's Preferred Health Clinic next door, 2903 Professional Pkwy, and was being so loud, by yelling, that Mr. Burnside could hear him in his office. Mr. Burnside stated that this is an ongoing problem. Mr. Burnside stated that he has attempted to reason with Mr. Smith to no avail. Mr. Burnside showed me a cell phone video that he made in his office. The video had audio of Mr. Smith being loud enough to be heard in the office. Mr. Burnside stated that he wanted the problem resolved before Mr. Smith's behavior affects Mr. Burnside's business.

Lt. J. Compton arrived on scene and explained the situation to Mr. Smith who was still in front of 2903 Professional Pkwy. The scene was recorded by Body Worn Camera.

---

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| **PRIOR, JAMES** | **11/30/2016** | **COMPTON, JAMES R.** |



## Richmond County Sheriff's Office

**CASE REPORT**

400 Walton Way

Augusta, GA 30901

CASE# **2018-00451130**

| EVENT | REPORTED DATE/TIME | OCCURRED INCIDENT TYPE | | |
|---|---|---|---|---|
| | 12/11/2018  16:07 | (7399) Misc Offense | | |
| | OCCURRED FROM DATE/TIME | OCCURRED THRU DATE/TIME | LOCATION OF OCCURRENCE | |
| | 12/11/2018  16:07 | 12/11/2018   16:07 | 2903 PROFESSIONAL PKWY  Augusta, GA | |

| OFFENSES | | STATUTE/DESCRIPTION | COUNTS | ATTEMPT/COMMIT |
|---|---|---|---|---|
| | 01 | 94-TWS  TROUBLE WITH SUBJECT | 1 | Commit |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

| SUBJECT | JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Adult | Other | Smith, Steven Christian | | | | | |
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | ▮1972 | 46 | 1616 Whitney  ST Augusta, GA 30904 | | | | | |
| | RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| | White | | Male | 5'6   5'6 | 175  175 | Brown | | Hazel |
| | DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |
| | 060022742 / GA | | ▮ | | | | | |

| SUBJECT | JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | | | | | | | | |
| | RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| | | | | | | | | |
| | DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |
| | | | | | | | | |

| SUBJECT | JACKET/SUBJECT TYPE | | NAME (LAST, FIRST, MIDDLE SUFFIX) | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |
| | DOB | AGE or AGE RANGE | ADDRESS (STREET, CITY, STATE, ZIP) | | | | | |
| | | | | | | | | |
| | RACE | | SEX | HEIGHT or RANGE | WEIGHT or RANGE | HAIR | | EYE |
| | | | | | | | | |
| | DL NUMBER/STATE | | PRIMARY PHONE | | PHONE #2 | | PHONE #3 | |
| | | | | | | | | |

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| HUCKO, LORA  4700285 | 12/11/2018 | BLANCHARD, PATRICK Dean |



### Richmond County Sheriff's Office
**CASE REPORT**
400 Walton Way
Augusta, GA 30901

CASE# **2018-00451130**

---

**NARRATIVE**

---

**2018-451130**

On December 11, 2018 at 1607 hours, I Deputy Hucko responded to 2803 Professional Parkway in reference to trouble with subject.  Upon my arrival, I observed the subject, Steven Smith, walking from the rear of the property located at 2805 Professional Parkway to where his truck was parked along the roadway.  I met with the caller who wished to remain anonymous. The caller stated Steven Smith is at the listed location everyday harassing the staff and the patients.  The caller stated every morning after Steven Smith arrives, an unknown person arrives in a black Chevrolet Yukon and gives Steven Smith cash money to harass everyone entering the business.  The caller stated Steven Smith yells profanity at everyone entering the building, but claims he is a Christian.  The caller stated it appears Steven Smith is allowed to harass everyone at the business.  The caller was advised to contact a lawyer or county commissioner to explain why Steven Smith is allowed to remain in the area of the business.

Steven Smith advised, he did not wish to report an incident.


Body camera video.

---

| REPORTING OFFICER | DATE | REVIEWED BY |
|---|---|---|
| HUCKO, LORA  4700285 | 12/11/2018 | BLANCHARD, PATRICK Dean |