| | |
|---|---|
| From: | Hood, David |
| To: | David Whelchel |
| Subject: | [EXTERNAL] 2903 Professional Parkway |
| Date: | Wednesday, April 13, 2022 12:11:38 PM |
| Attachments: | person on property compressed.mov |
| | person leaving 04132022 compressed.mov |
| | Screen Shot 2022-04-13 at 11.48.18 AM.png |

Hi Officer Whelchel,

I've attached two video clips. However, I want to make clear a few other observations I'm finding here.

- These protesters are inciting violence by harassing patients and their companions. While this man shouldn't have brandished what appears to be a weapon, he clearly felt incensed enough to after being harassed by these people. He may have felt his own safety or his companion's safety were in jeopardy. The person he was with was making her way into the building but was drawn into a confrontation by the protestors.

- The protesters are posting their signs on my property - the existing signage and trees planted. While the physical 10 foot right-of-way belongs to the city, the business sign and trees were paid for and are owned by us. The city has made it clear that we are allowed to have a business sign and trees/shrubs in the right of way, and the sign and trees/shrubs themselves are our property and are not to be disturbed, covered, or inhibited by the protestors. They've ruined all of the landscaping with their presence - landscaping that I am paying for, not the city.

- The protesters have positioned themselves in such a way that they are a danger to patients and public safety. There is no way for a person to park in those front spots without hitting them - and there's no way for a protester to *not* trespass if they are positioning themselves and their chairs on the edge of the property line.

Quite frankly, it's absolutely ludicrous that these people have been allowed to take over this space and continually harass my patients and my staff, block the driveway, or violate the city's new noise ordinance. Their behavior is going to continue to incite violent behavior, and there's a real possibility their continued presence will result in physical injury or measurable harm.

For what it's worth, I don't think anyone actually felt endangered. No one left. No one ran. They're on public property with no reason to be there. Their behavior doesn't make sense for people who supposedly felt endangered. I certainly wouldn't try to approach a moving vehicle with someone who I believed had just pointed a gun at me (as seen in the second clip as they attempt to hand out literature that I often find as litter in my parking lot).

**David Hood** (he/his)
Director of Operations, APWHC
www.apwhc.com
P: (888)-665-4126 ext. 1014
F: (877) 325-3450
C: (216) 212-1123

EXHIBIT B

| | |
|---|---|
| From: | Hood, David |
| To: | Stephen Harden |
| Cc: | Paul Johnson |
| Subject: | [EXTERNAL] 2903 Professional Parkway, 23-053745 (1) |
| Date: | Sunday, March 12, 2023 10:19:41 AM |
| Attachments: | SVR_ADC-SVR122_2023_03_12_09_03_15_30.mp4 |

Person in green trespasses onto our property.

[**NOTICE:** This message originated outside of the City of Augusta's mail system -- **DO NOT CLICK** on **links**, open **attachments** or respond to **requests for information** unless you are sure the content is safe.]

| | |
|---|---|
| **From:** | Hood, David |
| **To:** | Stephen Harden; Paul Johnson |
| **Subject:** | [EXTERNAL] 2903 Professional Parkway, 23-053745 (2) |
| **Date:** | Sunday, March 12, 2023 10:20:30 AM |
| **Attachments:** | SVR_ADC-SVR122_2023_03_12_09_04_20_30.mp4 |

Person in Blue vest comes onto property, also trespassing.

[**NOTICE:** This message originated outside of the City of Augusta's mail system -- **DO NOT CLICK** on **links**, open **attachments** or respond to **requests for information** unless you are sure the content is safe.]

| | |
|---|---|
| **From:** | Hood, David |
| **To:** | Cindy Ashley; Paul Johnson; Wayne Brown; Donna Tyra; Calla Hales |
| **Subject:** | [EXTERNAL] Re: For Sale sign at 2903 Professional Parkway |
| **Date:** | Friday, May 26, 2023 10:12:16 AM |

So everyone is aware, Steve is putting "for sale" signs in front of my property again. I thought there was an understanding that this crossed the line of what is allowed under normal protest and freedom of speech rules.

On Wed, Jun 29, 2022, 11:28 Hood, David <dhood@apwhc.com> wrote:
> Good Morning Sgt Ashley,
> I noticed the for sale sign was gone early this morning, but was back by about 10 o'clock. Did the Marshal's office seize the original sign and this is a new sign, or did the protestors remove it and reinstall it themselves?
> Has anyone been cited for the signage violations yet?
> **David Hood** (he/his)
> Director of Operations, APWHC
> www.apwhc.com
> P: (888)-665-4126 ext. 1014
> F: (877) 325-3450
> C: (216) 212-1123
>
> 

[**NOTICE:** This message originated outside of the City of Augusta's mail system -- **DO NOT CLICK** on **links**, open **attachments** or respond to **requests for information** unless you are sure the content is safe.]