| Document Name/Subject | Type | Date | Sender | Recipient | Privilege | |
|---|---|---|---|---|---|---|
| May 12, 2021 1:56.50 PM | email | 5/12/2021 | Patrick Clayton | Randolph Frails | redacted due to atty-client privelege | |
| RE: [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/2022 | Randolph Frails | Patrick Clayton | withheld due to atty-client privelege | |
| [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/2022 | Randolph Frails | Patrick Clayton | withheld due to atty-client privelege | |
| Re: [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/2022 | Patrick Clayton | Randolph Frails | withheld due to atty-client privelege | |
| RE: [EXTERNAL] FW: 2903 Prof Pkwy Protester | email | 1/12/2022 | Danny Whitehead | Patrick Clayton, Clavin Chew, Randolph Frails | withheld due to atty-client privelege | |
| RE: [EXTERNAL] RE: Protester @2903 Professional Pkwy | email | 5/12/2021 | Patrick Clayton | Randolph Frails | withheld due to atty-client privelege | |
| RE: [EXTERNAL] Fwd: Video | email | 3/27/2020 | Patrick Clayton | Patrick Clayton, Randolph Frails, Calvin Chew | withheld due to atty-client privelege | |
| RE: [EXTERNAL] Fwd: Video | email | 3/27/2020 | Mike D'Amico | Randolph Frails, Calvin Chew, Mike D'Amico | withheld due to atty-client privelege | |
| FW: [EXTERNAL] Fwd: Video | email | 3/27/2020 | Patrick Clayton | Randolph Frails, Mike D'Amico | withheld due to atty-client privelege | |
| FW: [EXTERNAL] Protester @2903 Professional Pkwy | email | 3/19/2020 | Patrick Clayton | Randolph Frails, Mike D'Amico | withheld due to atty-client privelege | |
| RE: [EXTERNAL] RE: Protester @2903 Professional Pkwy | email | 5/12/2021 | Patrick Clayton | Randolph Frails | redacted due to atty-client privelege | |
| FW: [EXTERNAL] Protester @2903 Professional Pkwy | email | 3/10/2020 | Patrick Clayton | Randolph Frails, Mike D'Amico | redacted due to atty-client privelege | |
| [EXTERNAL] 190288 - RCSO, RF, Love v. Augusta, Roundtree & Jeff Johnson Dst. Ct. 1:19-cv-00120 | email | 3/23/2019 | Randolph Frails | Wayne Brown, Patrick Clayton, Tameka Haynes | withheld due to atty-client privelege | 1240, 1379 |
| RE: [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/2022 | Randolph Frails | Patrick Clayton | redacted due to atty-client privelege | 1240, 1245, 1379 |
| Re: [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/2022 | Patrick Clayton | Randolph Frails | redacted due to atty-client privelege | 1240, 1243, 1379 |
| [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/2022 | Randolph Frails | Patrick Clayton | redacted due to atty-client privelege | 298, 1025 |
| FW: [EXTERNAL] Protester @2903 Professional Pkwy | email | 3/19/2020 | Patrick Clayton | Randolph Frails, Mike D'Amico, Amelio R. Lamkin, Patrick Clayton, Richard Roundtree, Tameka Haynes | redacted due to atty-client privelege | |
| [EXTERNAL] Augusta GA Noise Ordinance Restrictions | email | 12/3/2019 | Randolph Frails | Wayne Brown, Tameka Haynes | redacted due to atty-client privelege | 1487-1516 |
| letter to Sheriff & Marshall | PDF | 12/2/2019 | Randolph Frails | Richard Roundtree, Amelio R. Lamkin | redacted due to atty-client privelege | |
| [EXTERNAL] Steven Smith v. Roundtree et al. | email | 12/5/2022 | Tameka Haynes | Kimberly Lee | withheld due to atty-client privelege | |
| RE: [EXTERNAL] Steven Smith v. Roundtree et al. | email | 12/12/2022 | Kimberly Lee | Tameka Haynes | withheld due to atty-client privelege | |
| RE: [EXTERNAL] Steven Smith v. Roundtree et al. | email | 12/6/2022 | Kimberly Lee | Tameka Haynes | withheld due to atty-client privelege | |
| [EXTERNAL] Steven Smith v. Augusta, GA et al. | email | 11/29/2022 | Tameka Haynes | Richard Roundtree, Danny Whitehead | withheld due to atty-client privelege | |
| Re: [EXTERNAL] Steven Smith v. Augusta, GA et al. | email | 11/29/2022 | Danny Whitehead | Tameka Haynes | withheld due to atty-client privelege | |
| RE: [EXTERNAL] Steven Smith/Robert Sheffer | email | 8/1/2022 | Caleb Lee | Tameka Haynes | withheld due to atty-client privelege | 1767-1790 |
| [EXTERNAL] Steven Smith/Robert Sheffer | email | 8/1/2022 | Tameka Haynes | Caleb Lee | withheld due to atty-client privelege | 1767-1790 |
| RE: [EXTERNAL] Steven Smith/Robert Sheffer | email | 8/1/2022 | Tameka Haynes | Caleb Lee | withheld due to atty-client privelege | 1767-1790 |
| FW: [EXTERNAL] Freedom of information Request | email | 6/23/2022 | Tameka Haynes | Caleb Lee | redacted due to atty-client privelege | 1827-1845 |
| RE: [EXTERNAL] Freedom of information Request | email | 6/23/2022 | Caleb Lee | Tameka Haynes | redacted due to atty-client privelege | 1805-1835 |
| RE: [EXTERNAL] Freedom of Information Request | email | 6/23/2022 | Tameka Haynes | Caleb Lee | redacted due to atty-client privelege | 1805-1835 |
| RE: Open Records Request for Robert Sheffer / Steven Smith | email | 12/10/2020 | Kimberly Lee | Tameka Haynes | withheld due to atty-client privelege | |
| RCSO #20-317809 Open Records Request for Robert Sheffer | email | 12/9/2020 | Kimberly Lee | Tameka Haynes | withheld due to atty-client privelege | |
| FW: [EXTERNAL] For Sale sign | email | 7/7/2022 | Terrenece Wynnder | Wayne Brown, Samuel Meller, etc | redacted due to atty-client privelege | 348 |

PLAINTIFF'S EXHIBIT B