# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

## CLERK'S MINUTES  - GENERAL

CASE NO. **1:22cv149**

DATE **September 5, 2023**

TITLE  **Steven Smith v Augusta-Richmond County, GA, et al**

TIMES **2:04 - 2:57**

Honorable : **Brian K. Epps, United States Magistrate Judge**

Courtroom Deputy : **Courtnay Capps**

Court Reporter : **FTR**

**Plaintiff**

Charles C. Stebbins III

**Defendant**

Randolph Frails
Tameka Haynes

PROCEEDINGS: **Motion Hearing by telephone**

☑ In Court
☐ In Chambers

NOTES:

Motion hearing by telephone held.
During the teleconference, the parties and Court developed the following schedule:

September 8, 2023  - Defendants will produce unredacted email headers to Plaintiff

September 11, 2023 – Defendants will produce a supplemental privilege log to Plaintiff

September 15, 2023 – Plaintiff's counsel will contact defense counsel to request any additional information and discuss any questions or concerns regarding the unredacted email headers and supplemental privilege log

September 22, 2023 – Defendants will provide additional information requested by Plaintiff that Defendants deem reasonable

September 29, 2023 – Plaintiff will file a supplemental brief specifying any remaining disputes and providing supporting legal arguments.  On or before this date, the parties should notify the Court by email if they have resolved all issues raised in Plaintiff's motion.

October 13, 2023 –Defendants will file a brief in response to Plaintiff's original motion and any supplemental brief. The parties are encouraged to contact the Court for a follow-up teleconference at any point in this process, for any reason.