IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| STEVEN SMITH,<br><br>  Plaintiff,<br><br>vs.<br><br>AUGUSTA-RICHMOND COUNTY, GEORIGA; RICHARD ROUNDTREE, individually and in his official capacity as Sheriff of Richmond County, Georgia; DEPUTY SMITH, individually and in his official capacity as a sworn officer of the Richmond County Sheriff's Office; MAJOR KEVIN JONES, individually and in his official capacity as Commander of the Charlie Webster Detention Center operated by the Richmond County Sheriff's Office; LIEUTENANT DANNY WHITEHEAD, individually and in his official capacity as a sworn officer of the Richmond County Sheriff's Office; and JOHN DOE DEFENDANTS ONE THROUGH SIX;<br><br>  Defendants. | CASE NO.: 1:22-CV-149 |

### DEFENDANTS' NOTICE OF INTENT TO FILE A REPLY BRIEF

COME NOW Defendants pursuant to Local Rule 7.6 and provide notice of their intent to file a Reply Brief in response to Plaintiff's Response to Defendants' Motion for Summary Judgment (Doc. 53).

Respectfully submitted this 13th day of September 2023.

/s/Tameka Haynes
**Randolph Frails**
Georgia Bar No. 272729
**Tameka Haynes**
Georgia Bar No. 453026

1

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| STEVEN SMITH,<br><br>  Plaintiff,<br><br>vs.<br><br>AUGUSTA-RICHMOND COUNTY, GEORIGA; RICHARD ROUNDTREE, individually and in his official capacity as Sheriff of Richmond County, Georgia; DEPUTY SMITH, individually and in his official capacity as a sworn officer of the Richmond County Sheriff's Office; MAJOR KEVIN JONES, individually and in his official capacity as Commander of the Charlie Webster Detention Center operated by the Richmond County Sheriff's Office; LIEUTENANT DANNY WHITEHEAD, individually and in his official capacity as a sworn officer of the Richmond County Sheriff's Office; and JOHN DOE DEFENDANTS ONE THROUGH SIX;<br><br>  Defendants. | CASE NO.: 1:22-CV-149 |

**CERTIFICATE OF SERVICE**

    This is to certify that the within and foregoing **Notice** was served upon the following parties in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system, by email, or by depositing a copy in the United States Mail with adequate postage thereon to:

Charles C. Stebbins, III
Robert P. Mangum
Turner Padget Graham & Laney, P.A.
PO Box 1495
Augusta, GA 30903
cstebbinsiii@turnerpadget.com
rmangum@turnerpadget.com

    This 13th day of September 2023.

3

                                                 /s/Tameka Haynes
                                                 **Randolph Frails**
                                                 Georgia Bar No. 272729
                                                 **Tameka Haynes**
                                                 Georgia Bar No. 453026

                                               *Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile:  706-855-7631
randyfrails@frailswilsonlaw.com
thaynes@frailswilsonlaw.com