IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| STEVEN SMITH, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:22-cv-00149 |
| | ) | |
| AUGUSTA-RICHMOND COUNTY, | ) | |
|   GEORGIA; RICHARD | ) | |
|   ROUNDTREE, individually | ) | |
| and in his official capacity as | ) | |
| Sheriff of Richmond County, | ) | |
| Georgia; DEPUTY MARLON | ) | |
| SMITH, individually and in his | ) | |
| Official capacity as a sworn | ) | |
| Officer of the Richmond County | ) | |
| County Sheriff's Office; | ) | |
| Sheriff's Office; LIEUTENANT | ) | |
|   DANNY WHITEHEAD, | ) | |
| Individually and in his official | ) | |
| capacity as a sworn officer of the | ) | |
| Richmond County Sheriff's Office | ) | |
| and JOHN DOE DEFENDANTS | ) | |
| ONE THROUGH SIX, presently | ) | |
| unidentified to Plaintiff, each of | ) | |
| whom is sued individually and in | ) | |
| his capacity as a sworn officer | ) | |
| of the Richmond County Sheriff's | ) | |
| Office, | ) | |
|         Defendants. | ) | |

## **NOTICE OF INTENT TO FILE SURREPLY**

Pursuant to Local Rule 7.6, Plaintiff hereby gives notice that he intends to file a surreply brief in answer to the reply brief filed yesterday by Defendants. Plaintiff will file his surreply on or before October 10, as required by the Local Rule.

This 27th day of September, 2023.

                                                TURNER PADGET GRAHAM & LANEY, P.A.

                                                /s/ Charles C. Stebbins, III

                                  Charles C. Stebbins, III
                                  Georgia Bar No.: 677350
                                  Robert P. Mangum
                                  Georgia Bar No.: 268222
                                  PO Box 1495
                                  Augusta, GA. 30903
                                  (706) 722-7543
                                  cstebbinsiii@turnerpadget.com
                                  rmangum@turnerpadget.com
                                  *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

COMES NOW, the undersigned attorney for Steven Smith, Plaintiff in the above-captioned case, and certifies that on September 27, 2023 he electronically filed the foregoing **NOTICE OF INTENT TO FILE SURREPLY** with the Clerk's electronic filing system, which will automatically provide service to all counsel of record as follows:

> Frails & Wilson, LLC
> Tameka Haynes
> thaynes@frailswilsonlaw.com

/s/ Charles C. Stebbins, III