| Document Name/Subject | Type | Date | Sender | Recipient | Attonrey Client Privilege | |
|---|---|---|---|---|---|---|
| May 12, 2021 1.56.50 PM | email | 5/12/21 | Patrick Clayton | Sudiran Soosaipillai, Charles Mitchell, Calvin Chew, Randolph Frails | redacted due to atty-client privelege | |
| RE: [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/22 | Randolph Frails | Patrick Clayton | withheld due to atty-client privelege | |
| [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/22 | Randolph Frails | Patrick Clayton | withheld due to atty-client privelege | |
| Re: [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/22 | Patrick Clayton | Randolph Frails | withheld due to atty-client privelege | |
| RE: [EXTERNAL] FW: 2903 Prof Pkwy Protester | email | 1/12/22 | Danny Whitehead | Patrick Clayton, Clavin Chew, Randolph Frails | withheld due to atty-client privelege | |
| RE: [EXTERNAL] RE: Protester @2903 Professional Pkwy | email | 5/12/21 | Patrick Clayton | Sudiran Soosaipillai, Charles Mitchell, Calvin Chew, Randolph Frails | withheld due to atty-client privelege | |
| RE: [EXTERNAL] Fwd: Video | email | 3/27/20 | Mike D'Amico | Patrick Clayton, Randolph Frails, Calvin Chew | withheld due to atty-client privelege | |
| RE: [EXTERNAL] Fwd: Video | email | 3/27/20 | Patrick Clayton | Randolph Frails, Calvin Chew, Mike D'Amico | withheld due to atty-client privelege | |
| FW: [EXTERNAL] Protester @2903 Professional Pkwy | email | 3/19/20 | Patrick Clayton | Randolph Frails, Mike D'Amico | request for legal advice related to protestors at 2903 professional pkwy | 776 |
| RE: [EXTERNAL] RE: Protester @2903 Professional Pkwy | email | 5/12/21 | Patrick Clayton | Sudiran Soosaipillai, Charles Mitchell, Calvin Chew, Randolph Frails | redacted due to atty-client privelege | |
| FW: [EXTERNAL] Protester @2903 Professional Pkwy | email | 3/10/20 | Patrick Clayton | Randolph Frails, Mike D'Amico | redacted due to atty-client privelege | |
| [EXTERNAL] 190288 - RCSO, RF, Love v. Augusta, Roundtree & Jeff Johnson Dst. Ct. 1:19-cv-00120 | email | 3/23/20 | Randolph Frails | Wayne Brown, Patrick Clayton, Tameka Haynes | withheld due to atty-client privelege | |
| RE: [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/22 | Randolph Frails | Patrick Clayton | communications regarding protestors at 2903 Professional Parkway and request for legal services in an unrelated matter | 1240, 1379 |
| Re: [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/22 | Patrick Clayton | Randolph Frails | communications regarding protestors at 2903 Professional Parkway and request for legal services in an unrelated matter | 1240, 1245, 1379 |
| [EXTERNAL] FW: Approved Noise Ordinance | email | 6/28/22 | Randolph Frails | Patrick Clayton | communications regarding protestors at 2903 Professional Parkway and request for legal services in an unrelated matter | 1240, 1243, 1379 |
| FW: [EXTERNAL] Protester @2903 Professional Pkwy | email | 3/19/20 | Patrick Clayton | Randolph Frails, Mike D'Amico | redacted due to atty-client privelege | 298, 1025 |
| [EXTERNAL] Augusta GA Noise Ordinance Restrictions | email | 12/3/19 | Randolph Frails | Richard Roundtree, Amelio R. Lamkin, Patrick Clayton, Wayne Brown, Tameka Haynes | legal advice and analysis regarding the noise ordinance and Eric Love v. Augusta case | 1487-1516 |
| letter to Sheriff & Marshall | PDF | 12/2/19 | Randolph Frails | Richard Roundtree, Amelio R. Lamkin | legal advice and analysis regarding the noise ordinance and Eric Love v. Augusta case | |
| [EXTERNAL] Steven Smith v. Roundtree et al. | email | 12/5/22 | Tameka Haynes | Kimberly Lee | withheld due to atty-client privelege | |
| RE: [EXTERNAL] Steven Smith v. Roundtree et al. | email | 12/12/22 | Kimberly Lee | Tameka Haynes | withheld due to atty-client privelege | |
| RE: [EXTERNAL] Steven Smith v. Roundtree et al. | email | 12/6/22 | Kimberly Lee | Tameka Haynes | withheld due to atty-client privelege | |
| [EXTERNAL] Steven Smith v. Augusta, GA et al. | email | 11/29/22 | Tameka Haynes | Richard Roundtree, Danny Whitehead | withheld due to atty-client privelege | |
| Re: [EXTERNAL] Steven Smith v. Augusta, GA et al. | email | 11/29/22 | Danny Whitehead | Tameka Haynes | withheld due to atty-client privelege | |

| | | | | | |
|---|---|---|---|---|---|
| RE: [EXTERNAL] Steven Smith/Robert Sheffer | email | 8/1/22 Caleb Lee | Tameka Haynes | legal advice regarding threatened lawsuit by Steven Smith and response | 1767-1790 |
| [EXTERNAL] Steven Smith/Robert Sheffer | email | 8/1/22 Tameka Haynes | Caleb Lee | legal advice regarding threatened lawsuit by Steven Smith and response | 1767-1790 |
| [EXTERNAL] Steven Smith/Robert Sheffer | email | 8/1/22 Tameka Haynes | Caleb Lee | legal advice regarding threatened lawsuit by Steven Smith and response | 1767-1790 |
| FW: [EXTERNAL] Freedom of information Request | email | 6/23/22 Tameka Haynes | Caleb Lee | request for legal advice regarding the open records act and response | 1827-1845 |
| RE: [EXTERNAL] Freedom of information Request | email | 6/23/22 Caleb Lee | Tameka Haynes | request for legal advice regarding the open records act and response | 1805-1835 |
| RE: [EXTERNAL] Freedom of information Request | email | 6/23/22 Tameka Haynes | Caleb Lee | request for legal advice regarding the open records act and response | 1805-1830 |
| RE: Open Records Request for Robert Sheffer / Steven Smith RCSO #20-317809 | email | 12/10/20 Kimberly Lee | Tameka Haynes | withheld due to atty-client privelege | |
| Open Records Request for Robert Sheffer | email | 12/9/20 Kimberly Lee | Tameka Haynes | withheld due to atty-client privelege | |
| FW: [EXTERNAL] For Sale sign | email | 7/7/22 Terrenece Wyndder | Wayne Brown, Samuel Meller, etc | request for legal advice regarding code enforcement near 2903 professional pkwy | 348 |