Subject: RE: smith v roundtree

Date:    9/14/2023 12:14 PM

From:    "Tameka Haynes" <thaynes@frailswilsonlaw.com>

To:      "Stebbins, Charles C" <CStebbins@TurnerPadget.com>

Cc:      "Randolph Frails" <randyfrails@frailswilsonlaw.com>

---

Mitchell - Major at RCSO, probably a Captain at the time
Lamkin – The Marshal
Caleb Lee – Sergeant at RCSO
Kimberly Lee – Lieutenant at RCSO
Sam Meller – Attorney with Augusta Law Dept.

It would take time to definitely determine the command staff at the time of the email, but the current staff is here https://www.richmondcountysheriffsoffice.com/command-staff.cfm.   I think a couple of people retired like Capt. D'Amico and Col. Partain, but its been roughly the same people over the last several years.

Please note I will be out of town through next week and may not be checking emails, so please cc Randy on any emails.

Thanks,

**Tameka Haynes**
**211 Pleasant Home Rd., Suite A-1**
**Augusta, GA  30907**
**Office: 706-855-6715**
**Cell: 706-312-9672**

**FRAILS & WILSON**
ATTORNEYS AT LAW

**CONFIDENTIALITY NOTICE: This e-mail and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (706-855-6715) or by electronic mail, and delete this message and all copies and backups thereof. Thank you.**

---

**From:** Stebbins, Charles C <CStebbins@TurnerPadget.com>
**Sent:** Thursday, September 14, 2023 10:59 AM
**To:** Tameka Haynes <thaynes@frailswilsonlaw.com>
**Subject:** FW: smith v roundtree


Also, Caleb Lee, Kimberly Lee and Samuel Mueller.  I can't find these people in any of the government staff directories on line.

Finally, can you give me a list of all the people on the Command Staff, since some emails are addressed to "Command Staff" without specification?  You will recall that Chief Clayton testified that this consists of 25-30 people.
Of course I'm talking about who was "Command Staff" at the time of the emails in question.

Charles C Stebbins
Of Counsel
PO Box 1495 | Augusta, GA 30903
209 7th Street, 3rd Floor | Augusta, GA 30901
706-941-3404 | Fax
cstebbins@turnerpadget.com
Bio | vCard | Location

**From:** Stebbins, Charles C
**Sent:** Thursday, September 14, 2023 10:44 AM
**To:** Tameka Haynes <thaynes@frailswilsonlaw.com>
**Subject:** smith v roundtree


Tameka:  Thank you for the revised privilege log and the headed documents you have sent me, all of which I am working through in order to be able to discuss tomorrow.  As a starter, can you please tell me who are Charles Mitchell and Amelia Lamkin, and what positions and duties they have with the Sheriff's Office or the City?  Thanks.  Clay

Charles C Stebbins
Of Counsel
PO Box 1495 | Augusta, GA 30903
209 7th Street, 3rd Floor | Augusta, GA 30901
706-941-3404 | Fax
cstebbins@turnerpadget.com
Bio | vCard | Location