\* NOTE- because of an equipment malfunction in Plaintiff's Counsel's office today, September 29, 2023, this webpage retrieved September 29th is temporarily submitted as a place holder for the one retrieved on September 14, 2023 as referred to in the brief. This earlier retrieval exists in Plaintiff's Counsel's office and will be substituted as soon as office equipment will allow. \*



Command Staff | Richmond County Sheriff's Office | Augusta Ga - Ric



# RICHMOND COUNTY SHERIFF'S OFFICE

Phone: 706-821-1000

911 for Emergencies

**Verified Response Procedure**

# Command Staff

The Command Staff of the Sheriff's Office is composed of Division Heads and key personnel who are responsible for overall operations under the jurisdiction of the Sheriff. These people bring decades of valuable experience and knowledge to the daily operations of the Richmond County Sheriff's Office.  They each have unique responsibilities and are accountable for the day-to-day operational and policy decision making. They make final recommendations to the Sheriff  on several personnel matters. These commanders and supervisors also serve in variety of ways to carry out the mission of the Sheriff.



Sheriff Richard Roundtree



Chief Patrick Clayton



Col. Calvin Chew

# Command Staff | Richmond County Sheriff's Office | Augusta Ga - Ric


Maj. Patrick Young
Criminal Investigations


Maj. Gerald Metzler
Field Operations


Capt. Charles Mitchell III
Detention Center


Capt. Scott Gay
Court Services


Capt. Glenn Rahn
Standards and Training


Capt. Allan Rollins
Special Operations


Capt. Danny Whitehead
Field Operations


Capt. Jack (Scott) Redmon
Field Operations


Capt. Sheila White
Detention Center

Command Staff | Richmond County Sheriff's Office | Augusta Ga - Ric


Lt. William Adams
Traffic Division Commander


Lt. Hal Hitchcock
Special Operations


Lt. Kimberly Lee
Internal Affairs


Veronica Brown
Finance Director


Lateisha A. Mosquera
Criminal Intelligence Director / Records Bureau Director


Counselor Linda Doty
Resiliency and Wellness Center

## Contact

Address:

400 Walton Way, Augusta, GA 30901

Phone:

## Quick Links

How Do I?

Pay Traffic Citation

Missing Persons

Get An Incident Report

Confidential Crime Tip

Confidential Drug Tip



♦ Copyright Notices

♦ Site Map

♦ Accessibility

9/29/23, 2:08 PM	Command Staff | Richmond County Sheriff's Office | Augusta Ga - Richmond County Sheriffs Office

Case 1:22-cv-00149-JRH-BKE   Document 31-5   Filed 09/29/23   Page 5 of 5

Command Staff | Richmond County Sheriff's Office | Augusta Ga - Ric

1000

Hours:

Our hours of operation have changed. Click here for more information.

Social:



Sign-Up

Traffic Violations Bureau

Inmate Inquiry

Vacation/House Watch

Obtain Crash Report

Safety Tips and Suggestions

Notice (PDF)

♦ Disclaimer and Privacy

♦ ADA Notice

Richmond County Sheriff's Office © 2023. Privacy Policy Powered by

https://www.richmondcountysheriffsoffice.com/command-staff.cfm	4/4