# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| STEVEN SMITH,<br><br>Plaintiff,<br><br>vs.<br><br>AUGUSTA-RICHMOND COUNTY, GEORIGA; RICHARD ROUNDTREE, individually and in his official capacity as Sheriff of Richmond County, Georgia; DEPUTY SMITH, individually and in his official capacity as a sworn officer of the Richmond County Sheriff's Office; MAJOR KEVIN JONES, individually and in his official capacity as Commander of the Charlie Webster Detention Center operated by the Richmond County Sheriff's Office; LIEUTENANT DANNY WHITEHEAD, individually and in his official capacity as a sworn officer of the Richmond County Sheriff's Office; and JOHN DOE DEFENDANTS ONE THROUGH SIX;<br><br>Defendants. | CASE NO.: 1:22-CV-149 |

## AFFIDAVIT OF SHERIFF RICHARD ROUNDTREE

Personally appeared before the undersigned officer duly authorized to administer oaths, Sheriff Richard Roundtree, who after being duly sworn, deposes and states the following in response to Doc. 69:

1. My name is Richard Roundtree, I am the Sheriff of Richmond County, and I am over 18 years old and competent to testify.

2. I created my Command Staff to provide me with opinions and recommendations regarding the operations of the Richmond County Sheriff's Office ("RCSO").

1

3. My Command Staff is the executive leadership for the RCSO, and I consider them to be equivalent to executive management employees of a corporation.

4. My Command Staff members do not work in isolation or on policies that only directly affect their divisions; the entire Command Staff works as a group on matters that affect any division of the RCSO.

5. I expect all members of Command Staff to be knowledgeable about the day-to-day operations and policies of the entire RCSO.

6. I have bi-monthly meetings with my Command Staff as a group to discuss overall operations, which may include enforcement issues related to ordinances, proposed amendments to RCSO policies, and lawsuits and other legal issues facing the RCSO.

7. Each member of Command Staff is expected to contribute ideas to these discussions whether the issues directly affect their division or not.

8. My attorneys also attend Command Staff meetings in which we receive, seek, and/or discuss legal advice.

9. Further, Command Staff members must be involved in the day-to-day operations of the entire RCSO because divisions do not operate in a vacuum.

10. Command Staff members must be concerned about overall operations of the RCSO for many reasons:
    a. Members of the Command Staff alternate being the on-call supervisor during night and weekend shifts during which they may have to respond to and supervise incidents related to any division of the RCSO.
    b. Members of the Command Staff and lower-level supervisors at the RCSO are not just supervisors in their divisions, but they are commanding officers

to all officers with a lower rank in any division.

    c. In order to properly supervise patrol deputies, all supervisors must be knowledgeable about all law enforcement policies so that they know if deputies are acting appropriately.

    d. Due to ongoing labor shortages at the RCSO, employees have been assigned to temporarily work in a division other than the one in which they generally work.

    e. Supervisors generally do not work in one division during their entire career, and I often transfer employees among the different divisions.

11. I also expect all POST certified officers, those who have completed Basic Police Officer Training and have the authority to arrest, to be knowledgeable about all Augusta, Georgia ordinances and law enforcement polices of the RCSO as the officers could be called to respond or assist patrol deputies at any incident or any type of call for service.

12. All of my supervisors and certified officers would need to know the policies and procedures related to enforcement of the Augusta, Georgia noise ordinance as enforcement of laws and ordinances is within their job responsibilities.

13. Walter Ashley, Jeff Johnson, Chad Mallis, Tracy Carter, William McCarty, and Caleb Lee were certified officers who must be knowledgeable about all RCSO policies related to ordinance enforcement as they could be called to respond or assist on any calls.

14. Additionally, William McCarty and Caleb Lee were officers in my Internal Affairs Division and Public Information Office who must know all policies and procedures as they publicly speak for the RCSO and investigate complaints against officers.

15. Further affiant sayeth not.

                                                  **RICHARD ROUNDTREE**

SWORN TO AND SUBSCRIBED before me
This 21st day of February, 2024

_____
Notary Public

ONESHIA S. DIAMOND
NOTARY PUBLIC
Richmond County
State of Georgia
My Comm. Expires September 21, 2027

4