# COMPOSITE EXHIBIT B

Page 1

1           IN THE UNITED STATE DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF GEORGIA
2                   AUGUSTA DIVISION
3
4

STEVEN SMITH,                    )
5                                )
      Plaintiff,                 )        CIVIL ACTION NO.
6                                )          1:21-cv-00149
      v.                         )
7                                )
AUGUSTA-RICHMOND COUNTY          )
8 GEORGIA, et al,                )
                                 )
9     Defendants.                )
10
11

                    VIDEO DEPOSITION OF
12                     PATRICK CLAYTON
13

14                    June 30, 2023
                       1:09 p.m.
15
16

                      400 Walton Way
17                   Augusta, Georgia
18

19      Christine Tatum, 5139-6588-4964-8640, CCR
20
21
22
23
24
25

Patrick Clayton                    June 30, 2023
Smith, Steven v. Augusta-Richmond County, Georgia, et al.

Page 19

1      A.   Yes.

2      Q.   Tell me when that was.

3      A.   That was at the Board of Education Police.  When I was

4    the chief of police he worked with me and for me.

5      Q.   What about at the sheriff's office, have you ever been

6    his superior officer there?

7      A.   No, sir.  My only involvement here has been the day -- I

8    came in the day he came into office.

9      Q.   I see.

10     A.   We came in together.

11     Q.   Oh, okay.

12     A.   I was appointed.

13     Q.   He came in in 2016?

14     A.   2013.  January 1st of 2013.

15     Q.   Oh, I see.  So that's where the 11 years comes from.

16   That's when you got your present position.

17     A.   Uh-huh.

18     Q.   I see.  All right.  I -- you -- generally you got to say

19   yes.  I mean, you're on the machine, but instead of uh-huh, I

20   think --

21   [Crosstalk.]

22     A.   Okay.  I'm sorry.  Yes.

23     Q.   (By Mr. Stebbins)  Okay.

24     A.   Yes.

25     Q.   In your present job, how often during a week, an

Patrick Clayton                                    June 30, 2023
Smith, Steven v. Augusta-Richmond County, Georgia, et al.

Page 20

1    ordinary week, do you think you talk with Sheriff Roundtree, not

2    to say hello in the morning, but about law enforcement problems

3    that have come up in your division?

4          A.    Probably every day.

5          Q.    So, and I'm trying to get an idea of what degree of

6    supervision or information he would normally have about what's

7    going on in your division.

8                Do you make it a point to talk to him every day about

9    what has happened that day in your division, or -- or is it

10   something else?

11         A.    No, sir.  What I do do is, the things I know that he

12   finds to be important, 'cause I -- I've --  I get all kinds of

13   stuff, information, and things happen in Richmond County every

14   day, but it's kind of one of those things, I know what he needs to

15   know and what he doesn't need to know.  For example, if I -- if I

16   told him everything that was going on, we -- we would --

17         Q.    There'd be no time.

18         A.    -- be speaking -- yeah, we'd be speaking all day long.

19         Q.    Okay.

20         A.    So --

21         Q.    Now --

22         A.    -- I just give him the high points.

23         Q.    -- I think that you've told me that you had no prior

24   knowledge of Mr. Smith's activities out in the abortion clinic.

25         A.    Not that I can recall.

Patrick Clayton                    June 30, 2023
Smith, Stevenv. Augusta-Richmond County, Georgia, et al.

                                                    Page 49

1    somebody else?

2         A.   I don't know who that was.

3         Q.   Okay.  And when you say, let's try to make a case if we

4    can, this seems like it's affecting commerce and peace, what I

5    want to get an idea of is what information you based your

6    direction, let's try to make a case if we can.  You -- you read

7    these emails, you know that Captain D'Amico, at your direction,

8    investigated the matter, you know that he came back with some

9    conclusion, although you don't know specifically what it was.

10        And did anyone make any effort, to your knowledge, to

11   contact Mr. Smith or any other protester or any lawyer

12   representing them before reaching this conclusion?

13        A.   No, sir.  I don't know that anybody was contacted, as

14   far as his lawyer or whatever.

15        MR. STEBBINS:  All right.  That's all for that one.  You

16        can give that to her.

17        Q.   (By Mr. Stebbins)  Now, that brings us up through --

18   through June the 16th of 2020.  Does -- and I realized this all

19   runs together, because we got some more, but just so far as we've

20   gotten now, we're still under the old ordinance, the new ordinance

21   became effective in 2021, and I'm about to get into 2021.

22        Does any of this cause you to remember any conversations

23   that you would have had with Sheriff Roundtree about Mr. Smith or

24   protests at the abortion clinic or the old noise ordinance?

25        A.   You know, I could have -- I could have forwarded him an

Patrick Clayton                                June 30, 2023
Smith, Stevenv. Augusta-Richmond County, Georgia, et al.

Page 50

1    email, I could have -- something like that, but, as far as like

2    sitting down and discussing this as like a big issue with him, I

3    don't -- I don't recall -- recall that at all.

4        Q.    Colonel --

5        A.    Is it possible?  Yes.

6        Q.    Would Colonel Chew, would he be your superior officer or

7    is he not in your chain of command?

8        A.    He's in my chain of command.

9        Q.    Do you have any idea why Mr. Burnside would have

10   included Colonel Chew in his email?  That seems odd to me.

11       A.    Well, he -- he used to be -- at one point he was

12   actually the -- he was over CID for a while as a major, and then

13   he was over field ops.  At some point in time we moved Major

14   Strickland out, I don't remember exactly when it was, but it might

15   have been that.  I don't know.  Because I want to say like in '17

16   he was probably a major.

17       Q.    But you don't know of any reason that Colonel Chew would

18   have been included in Mr. Burnside's communication, do you?

19       A.    No, I -- I -- I'm not -- I can't think of one --

20       Q.    Okay.

21       A.    -- right now, other than when he was over field ops, and

22   I don't if you remember if he was --

23       Q.    Okay.

24       A.    -- then or not.

25       Q.    And do you recall discussing, at any time, disturbances



PLAINTIFF'S
EXHIBIT
Clayton 1
6/30/23

**From:** Scott Gay
**To:** Glen Rahn
**Subject:** Re: FW: 2903 Professional Pkwy
**Date:** Friday, February 24, 2017 1:53:41 PM
**Attachments:** image001.png

Call my office 1686

Scott D. Gay, Captain
Richmond County Sheriff's Office
400 Walton Way
Augusta, GA 30901

On Fri, Feb 24, 2017 at 1:41 PM -0500, "Glen Rahn" <GRahn@augustaga.gov> wrote:

Our you guys familiar with this? Do you have any other information on Steve Smith DOB, case #
etc....

**From:** Thomas Burnside [mailto:trb3@burnsidefirm.com]
**Sent:** Friday, February 24, 2017 10:28 AM
**To:** Glen Rahn <GRahn@augustaga.gov>
**Subject:** RE: 2903 Professional Pkwy

Yes, there is a protestor named Steve Smith who protests outside of 2903
Professional Pkwy just about every day. The police have been called and
responded many, many times over the past two years to no avail. I am requesting
the records which correspond with those calls/visits. Does that help? Thanks for
your time.

THOMAS R. BURNSIDE, III
BURNSIDE LAW FIRM LLP
2919 PROFESSIONAL PKWY.
AUGUSTA, GEORGIA 30907
PHONE: (706) 432-8320
FAX: (706) 504-4306
trb3@burnsidefirm.com
www.burnsidefirm.com

**From:** Glen Rahn [mailto:GRahn@augustaga.gov]
**Sent:** Friday, February 24, 2017 10:22 AM

R0021

**To:** Thomas Burnside <trb3@burnsidefirm.com>
**Subject:** 2903 Professional Pkwy

Mr. Burnside,

We are in receipt of your ORR request for information pertaining to 2903 Professional Pwky. I have checked our database and have not located anything that matches the parameters. Is there a name or something specific you are looking for? If so I can try and search it a different way.

Respectfully,
Glen

**Sgt. Glen Rahn**
**Office of Professional Standards and Training**
**Internal Affairs/PIO**
**Richmond County Sheriff's Office**
**400 Walton Way**
**Augusta, GA 30901**
**706.821.1604 (Office)**
**706.821.1462 (Fax)**
**www.RCSOGA.org**



Please consider the environment before printing this email.

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy



PLAINTIFF'S EXHIBIT
Clayton 2
6/30/23

https://ring.com/share/c2de2a83-3964-407f-9402-7ab56a20f5bd

Again, we request that you send a deputy to cite them for this infraction and enforce the law, making them stop. Thank you.

Regards, Thomas Burnside

THOMAS R. BURNSIDE, III
BURNSIDE LAW FIRM LLP
2919 PROFESSIONAL PKWY.
AUGUSTA, GEORGIA 30907
PHONE: (706) 432-8320
FAX: (706) 504-4306
trb3@burnsidefirm.com
www.burnsidefirm.com

CONFIDENTIALITY NOTE: THIS E-MAIL HAS BEEN SENT FROM A LAW FIRM. IT MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED SOLELY FOR THE USE OF PERSON(S) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS E-MAIL IS PROHIBITED AND THAT THERE SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY COLLECT TELEPHONE CALL TO THE NUMBER INDICATED AND FORWARD THE ORIGINAL MESSAGE VIA U.S. MAIL TO THE ABOVE ADDRESS. THANK YOU.

**From:** Mike D'Amico <MDAmico@augustaga.gov>
**Sent:** Wednesday, June 17, 2020 9:08 AM
**To:** Thomas R. Burnside III <trb3@burnsidefirm.com>; Patrick Clayton <PClayton@augustaga.gov>
**Cc:** Calvin Chew <cchew@augustaga.gov>; randyfrails@frailswilsonlaw.com
**Subject:** RE: [EXTERNAL] RE: Protester @2903 Professional Pkwy

FYI, the person from yesterday outside the clinic was charged with a violation of the city noise ordinance. He has a court date of July 21.

**From:** Thomas R. Burnside III <trb3@burnsidefirm.com>
**Sent:** Tuesday, June 16, 2020 5:31 PM
**To:** Patrick Clayton <PClayton@augustaga.gov>; Mike D'Amico <MDAmico@augustaga.gov>
**Cc:** Calvin Chew <cchew@augustaga.gov>; randyfrails@frailswilsonlaw.com
**Subject:** RE: [EXTERNAL] RE: Protester @2903 Professional Pkwy

Thank you. I think the protester today was someone new and he was much louder than most. He seemed intent on disrupting our business. Let me know if we can do anything to assist. We simply cannot tolerate the protest at the volume level they were today.

| From: | Mike D"Amico |
| To: | Thomas R. Burnside III |
| Cc: | Danny Whitehead |
| Subject: | RE: [EXTERNAL] 2913 Protester |
| Date: | Thursday, September 10, 2020 12:05:03 PM |

Just an FYI – one of the last cases made over there for the noise problem was dismissed by Judge Allen. I can't say why, but I'm told because the deputy issued a citation AND completed a report and the judge said he could not or would not accept the report as the details of the case should have been listed with the citation. Again, that's what I'm told, I was not in court to hear the ruling as to why the case was dismissed.

In any case, that does not mean will discontinue to take action when we can.

Last, there is a new Lieutenant in charge of that area, Lt. Danny Whitehead, I have briefed him on the situation on Professional Parkway and I have asked him to reach out to you as well.

**From:** Thomas R. Burnside III <trb3@burnsidefirm.com>
**Sent:** Wednesday, September 9, 2020 10:43 AM
**To:** Patrick Clayton <PClayton@augustaga.gov>; randyfrails@frailswilsonlaw.com; Mike D'Amico <MDAmico@augustaga.gov>; Calvin Chew <cchew@augustaga.gov>
**Subject:** [EXTERNAL] 2913 Protester

Download Attachment
Available until Oct 9, 2020      [**NOTICE:** This message originated outside of the City of Augusta's mail system -- **DO NOT CLICK** on links, open **attachments** or respond to **requests for information** unless you are sure the content is safe.]

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1



PLAINTIFF'S
EXHIBIT
Clayton 3
10/30/23

| | |
|---|---|
| **From:** | Mike D"Amico |
| **To:** | Patrick Clayton; Calvin Chew |
| **Cc:** | trb3@burnsidefirm.com |
| **Subject:** | FW: [EXTERNAL] Protester @2903 Professional Pkwy |
| **Date:** | Thursday, March 19, 2020 1:18:05 PM |
| **Attachments:** | image002.png |
| | Consent Order in Love case.pdf |

Chief,

The Burnside law firm has a legitimate complaint with the protester who regularly shows up on Professional Parkway to protest the abortion clinic. He preaches over a loud speaker in protest over the abortion clinic. The "exercise" of his free speech rights infringes on the rights of the other businesses as well as being disturbing and disruptive to those businesses in the area which have nothing to do with the reason why he is protesting.

In one of our recent Command Staff meetings Tameka Haynes with the Frails Law Firm advised the order on the noise ordinance was made permanent and gave a very general statement advising us we were not able to enforce the noise ordinance and that it would have to be re-written.

Please see the below from Atty. Thomas Burnside. Also, Mr. Burnside has copied the Frails Law firm with his email below in an effort to get an expedited resolution. Will you also please contact the Sheriff's Attorney regarding our ability to enforce those code sections of the noise ordinance not specifically mentioned in the injunction so we can give those businesses some relief regarding the disturbance caused by the protestor on Professional Parkway.

Thank you,
MD

**From:** Thomas R. Burnside III <trb3@burnsidefirm.com>
**Sent:** Thursday, March 19, 2020 11:56 AM
**To:** Mike D'Amico <MDAmico@augustaga.gov>
**Cc:** 'randyfrails@frailswilsonlaw.com' <randyfrails@frailswilsonlaw.com>; Mark Williamson <mbw@burnsidefirm.com>; Garon Muller <garon@burnsidefirm.com>
**Subject:** [EXTERNAL] Protester @2903 Professional Pkwy

Captain D'Amico,

Thank you for providing the ruling in the Love case. Based on my research, the case subsequently settled via a Consent Order and Judgment—see attached. As it indicates, the injunction relates specifically to enforcement of Augusta Code Sec: 3-6-2(c) and 3-7-1(r). No other code sections are referenced in the final

Order.

The first, section 3-6-2(c), relates to the act of using loud speakers and amplifiers *for advertising*. The second, section 3-7-1(r), relates to disorderly conduct in the form of loitering or prowling. Neither are really applicable to our situation.

The protester who broadcasts behind our building is not advertising or necessarily being disorderly; rather, he is just being too loud. And, the volume of his broadcast is disruptive and disturbing to our business. In fact, it can be heard throughout our office at times when we are trying to conduct meetings, depositions, conference calls, etc. It annoys and disturbs our business on a daily basis—except Mondays when the clinic is closed. We have called the Sheriff's Office to report this violation on numerous occasions without relief.

For this reason, we are requesting that the Richmond County Sheriff's office enforce the following sections, neither of which is enjoined by the Consent Order in the <u>Love</u> case:

### Sec 3-6-1
Regulated. It shall be unlawful for any person to make, continue or cause to be made or continued or permit to be made, continued or caused any loud, unnecessary or unusual noise or any noise which either annoys, disturbs, injures or endangers the comfort, repose, health, peace or safety of others in Augusta-Richmond County.

### Sec. 3-6-2(d)
*Yelling, shouting, etc.* Yelling, shouting, hooting, whistling or singing on the public streets, particularly between the hours of 11:00 p.m. and 7:00 a.m. or at any time or place so as to annoy or disturb the quiet, comfort or repose of persons in any office, dwelling, hotel or other type of residence, or of any persons in the vicinity.

As opposed to the enjoined sections, Secs. 3-6-1 and 3-6-2(d) are narrowly tailored to prevent yelling and other loud noises that disturb others, but leave open "ample alternative channels of communication of the information." In other words, people are still free to yell and make loud noise so long as it does not annoy or disturb people within the designated buildings. This section is content neutral and specifically advances the "legitimate government interest" of "protecting its citizens from unwelcome noise" as was noted favorably in <u>Pine v City of West Palm Beach</u>, 762 F.3d 1262 (11th Cir. 2014).

The problem with the enjoined section 3-6-2(c), as noted by Judge Hall, is that it prohibited amplified speech in any forum whatsoever, "indicating a complete bar to amplified speech." Thus, the Court determined, it is an unconstitutional infringement upon free speech. To the contrary, Secs. 3-6-1 and 3-6-2(d) only prevent yelling and loud noises when they disturb people in designated buildings such as our law office. That is precisely the violation which we are being subjected to on a daily basis.

Accordingly, we respectfully request that the Richmond County Sheriff's Office enforce the above sections and require the protester at 2903 Professional Pkwy to comply with same, either voluntarily or by enforcement action. Absent such relief, we will have no choice but to file a Mandamus Action against the Sheriff seeking such enforcement.

In addition, I have copied Randy Frails, the attorney who handled the <u>Love</u> case for the City of Augusta and hereby request that section 3-6-2(c) be revised by Augusta, GA to include a more objective standard which prohibits the use of amplified sound and loud speakers which create a loud noise that is "plainly audible within the confines of a building located within one hundred feet (100ft) of the source of the noise" similar to the restriction upheld in <u>DA Mortgage v City of Miami</u>, 486 F.3d 1254 (11th Cir. 2007).

Thank you, Captain D'Amico, for your prompt reply and consideration of this request. And, Randy, I would appreciate the opportunity to discuss this matter with you in more detail so I can explain our situation here.

Our goal is not to squelch free speech or even prohibit the message which the protester is broadcasting next door; however, when his broadcast becomes so loud that it disrupts the conduct of business within our own office building, we too have rights which must be acknowledged and protected.

Regards, Thomas Burnside

THOMAS R. BURNSIDE, III
BURNSIDE LAW FIRM LLP
2919 PROFESSIONAL PKWY,
AUGUSTA, GEORGIA 30907
PHONE: (706) 432-8320
FAX: (706) 504-4306
trb3@burnsidefirm.com
www.burnsidefirm.com



PLAINTIFF'S
EXHIBIT
Clayton 4
6/30/23

| | |
|---|---|
| **From:** | Patrick Clayton |
| **To:** | Thomas R. Burnside III; Mike D"Amico |
| **Cc:** | Calvin Chew; randyfrails@frailswilsonlaw.com |
| **Subject:** | RE: [EXTERNAL] RE: Protester @2903 Professional Pkwy |
| **Date:** | Tuesday, June 16, 2020 4:27:00 PM |
| **Attachments:** | image001.png |

Let's try to make a case if we can. This seems like it's affecting commerce and peace!

**From:** Thomas R. Burnside III <trb3@burnsidefirm.com>
**Sent:** Tuesday, June 16, 2020 11:45 AM
**To:** Mike D'Amico <MDAmico@augustaga.gov>
**Cc:** Patrick Clayton <PClayton@augustaga.gov>; Calvin Chew <cchew@augustaga.gov>;
randyfrails@frailswilsonlaw.com
**Subject:** [EXTERNAL] RE: Protester @2903 Professional Pkwy

This is our ring video/audio recording on the back of our building this morning
just to give you an idea of the volume. And the poor recording quality give you
about 75% of real volume.

Check out this video I captured on my Ring device.

https://ring.com/share/6838962711359948325


THOMAS R. BURNSIDE, III
BURNSIDE LAW FIRM LLP
2919 PROFESSIONAL PKWY.
AUGUSTA, GEORGIA 30907
PHONE: (706) 432-8320
FAX: (706) 504-4306
trb3@burnsidefirm.com
www.burnsidefirm.com

 **Burnside**LawFirm **LLP**

*Personal Injury Attorneys*

CONFIDENTIALITY NOTE: THIS E-MAIL HAS BEEN SENT FROM A LAW FIRM. IT MAY CONTAIN PRIVILEGED AND
CONFIDENTIAL INFORMATION AND IS INTENDED SOLELY FOR THE USE OF PERSON(S) NAMED ABOVE. IF YOU
ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF
THIS E-MAIL IS PROHIBITED AND THAT THERE SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY
YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY
COLLECT TELEPHONE CALL TO THE NUMBER INDICATED AND FORWARD THE ORIGINAL MESSAGE VIA U.S. MAIL
TO THE ABOVE ADDRESS. THANK YOU.

**From:** Thomas R. Burnside III
**Sent:** Tuesday, June 16, 2020 11:37 AM
**To:** Mike D'Amico <MDAmico@augustaga.gov>
**Cc:** Patrick Clayton <PClayton@augustaga.gov>; Calvin Chew <cchew@augustaga.gov>;
randyfrails@frailswilsonlaw.com
**Subject:** RE: Protester @2903 Professional Pkwy

Update: Two protestors today. Much louder than usual. Everyone in my office is having to use a sound machine or radio to drown them out. Not fair for us to be forced to endure this without any assistance or repercussions. Sorry, but we are sick and tired of the disruption to our business and want this stopped.

Regards, Thomas

THOMAS R. BURNSIDE, III
BURNSIDE LAW FIRM LLP
2919 PROFESSIONAL PKWY.
AUGUSTA, GEORGIA 30907
PHONE: (706) 432-8320
FAX: (706) 504-4306
trb3@burnsidefirm.com
www.burnsidefirm.com

 # BurnsideLawFirm LLP

### *Personal Injury Attorneys*

CONFIDENTIALITY NOTE: THIS E-MAIL HAS BEEN SENT FROM A LAW FIRM. IT MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED SOLELY FOR THE USE OF PERSON(S) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS E-MAIL IS PROHIBITED AND THAT THERE SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY COLLECT TELEPHONE CALL TO THE NUMBER INDICATED AND FORWARD THE ORIGINAL MESSAGE VIA U.S. MAIL TO THE ABOVE ADDRESS. THANK YOU.

**From:** Thomas R. Burnside III
**Sent:** Wednesday, March 25, 2020 9:36 AM
**To:** Mike D'Amico <MDAmico@augustaga.gov>
**Cc:** Patrick Clayton <PClayton@augustaga.gov>; Calvin Chew <cchew@augustaga.gov>;
randyfrails@frailswilsonlaw.com
**Subject:** Re: Protester @2903 Professional Pkwy

Very important meeting in my office this morning and I can already hear the protester thru out my

entire building. Not fair that he is allowed to continue violating our right to peace and quiet in our office building and create noise that disrupts our business without enforcement of the noise ordinance. We demand that the law be enforced.

Regards, Thomas Burnside

Thomas R. Burnside, III
P.O Box 15636
Augusta, Georgia 30919
(706) 432-8320
trb3@burnsidefirm.com
www.burnsidefirm.com
Sent from my iPhone

On Mar 19, 2020, at 1:18 PM, Mike D'Amico <MDAmico@augustaga.gov> wrote:

Chief,

The Burnside law firm has a legitimate complaint with the protester who regularly shows up on Professional Parkway to protest the abortion clinic. He preaches over a loud speaker in protest over the abortion clinic. The "exercise" of his free speech rights infringes on the rights of the other businesses as well as being disturbing and disruptive to those businesses in the area which have nothing to do with the reason why he is protesting.

In one of our recent Command Staff meetings Tameka Haynes with the Frails Law Firm advised the order on the noise ordinance was made permanent and gave a very general statement advising us we were not able to enforce the noise ordinance and that it would have to be re-written.

Please see the below from Atty. Thomas Burnside. Also, Mr. Burnside has copied the Frails Law firm with his email below in an effort to get an expedited resolution. Will you also please contact the Sheriff's Attorney regarding our ability to enforce those code sections of the noise ordinance not specifically mentioned in the injunction so we can give those businesses some relief regarding the disturbance caused by the protestor on Professional Parkway.

Thank you,
MD

**From:** Thomas R. Burnside III <trb3@burnsidefirm.com>
**Sent:** Thursday, March 19, 2020 11:56 AM
**To:** Mike D'Amico <MDAmico@augustaga.gov>
**Cc:** 'randyfrails@frailswilsonlaw.com' <randyfrails@frailswilsonlaw.com>; Mark Williamson <mbw@burnsidefirm.com>; Garon Muller <garon@burnsidefirm.com>

Captain D'Amico,

Thank you for providing the ruling in the Love case. Based on my research, the case subsequently settled via a Consent Order and Judgment—see attached. As it indicates, the injunction relates specifically to enforcement of Augusta Code Sec: 3-6-2(c) and 3-7-1(r). No other code sections are referenced in the final Order.

The first, section 3-6-2(c), relates to the act of using loud speakers and amplifiers *for advertising*. The second, section 3-7-1(r), relates to disorderly conduct in the form of loitering or prowling. Neither are really applicable to our situation.

The protester who broadcasts behind our building is not advertising or necessarily being disorderly; rather, he is just being too loud. And, the volume of his broadcast is disruptive and disturbing to our business. In fact, it can be heard throughout our office at times when we are trying to conduct meetings, depositions, conference calls, etc. It annoys and disturbs our business on a daily basis—except Mondays when the clinic is closed. We have called the Sheriff's Office to report this violation on numerous occasions without relief.

For this reason, we are requesting that the Richmond County Sheriff's office enforce the following sections, neither of which is enjoined by the Consent Order in the Love case:

### Sec 3-6-1
Regulated. It shall be unlawful for any person to make, continue or cause to be made or continued or permit to be made, continued or caused any loud, unnecessary or unusual noise or any noise which either annoys, disturbs, injures or endangers the comfort, repose, health, peace or safety of others in Augusta-Richmond County.

### Sec. 3-6-2(d)
*Yelling, shouting, etc.* Yelling, shouting, hooting, whistling or singing on the public streets, particularly between the hours of 11:00 p.m. and 7:00 a.m. or at any time or place so as to annoy or disturb the quiet, comfort or repose of persons in any office, dwelling, hotel or other type of residence, or of any persons in the vicinity.

As opposed to the enjoined sections, Secs. 3-6-1 and 3-6-2(d) are

narrowly tailored to prevent yelling and other loud noises that disturb others, but leave open "ample alternative channels of communication of the information." In other words, people are still free to yell and make loud noise so long as it does not annoy or disturb people within the designated buildings. This section is content neutral and specifically advances the "legitimate government interest" of "protecting its citizens from unwelcome noise" as was noted favorably in <u>Pine v City of West Palm Beach</u>, 762 F.3d 1262 (11th Cir. 2014).

The problem with the enjoined section 3-6-2(c), as noted by Judge Hall, is that it prohibited amplified speech in any forum whatsoever, "indicating a complete bar to amplified speech." Thus, the Court determined, it is an unconstitutional infringement upon free speech. To the contrary, Secs. 3-6-1 and 3-6-2(d) only prevent yelling and loud noises when they disturb people in designated buildings such as our law office. That is precisely the violation which we are being subjected to on a daily basis.

Accordingly, we respectfully request that the Richmond County Sheriff's Office enforce the above sections and require the protester at 2903 Professional Pkwy to comply with same, either voluntarily or by enforcement action. Absent such relief, we will have no choice but to file a Mandamus Action against the Sheriff seeking such enforcement.

In addition, I have copied Randy Frails, the attorney who handled the <u>Love</u> case for the City of Augusta and hereby request that section 3-6-2(c) be revised by Augusta, GA to include a more objective standard which prohibits the use of amplified sound and loud speakers which create a loud noise that is "plainly audible within the confines of a building located within one hundred feet (100ft) of the source of the noise" similar to the restriction upheld in <u>DA Mortgage v City of Miami</u>, 486 F.3d 1254 (11th Cir. 2007).

Thank you, Captain D'Amico, for your prompt reply and consideration of this request. And, Randy, I would appreciate the opportunity to discuss this matter with you in more detail so I can explain our situation here.

Our goal is not to squelch free speech or even prohibit the message which the protester is broadcasting next door; however, when his broadcast becomes so loud that it disrupts the conduct of business within our own office building, we too have rights which must be acknowledged and protected.

Regards, Thomas Burnside

THOMAS R. BURNSIDE, III
BURNSIDE LAW FIRM LLP
2919 PROFESSIONAL PKWY,
AUGUSTA, GEORGIA 30907
PHONE: (706) 432-8320
FAX: (706) 504-4306
trb3@burnsidefirm.com
www.burnsidefirm.com

<image002.png>
CONFIDENTIALITY NOTE: THIS E-MAIL HAS BEEN SENT FROM A LAW FIRM. IT MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED SOLELY FOR THE USE OF PERSON(S) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS E-MAIL IS PROHIBITED AND THAT THERE SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY COLLECT TELEPHONE CALL TO THE NUMBER INDICATED AND FORWARD THE ORIGINAL MESSAGE VIA U.S. MAIL TO THE ABOVE ADDRESS. THANK YOU.

**From:** Mike D'Amico <MDAmico@augustaga.gov>
**Sent:** Wednesday, March 18, 2020 11:59 AM
**To:** Thomas R. Burnside III <trb3@burnsidefirm.com>
**Subject:** injunction

Please let me know if I can do anything.

Thank you,

Mike D'Amico, Captain
Field Operations, North Precinct
Richmond County Sheriff's Office
(706) 821-2487 (office)
(706) 821-1492 (fax)
www.rcsoga.org

This e-mail contains confidential information and is intended only for the individual named. If you are not the named
addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if
you have received this e-mail by mistake and delete this e-mail from your system. The City of Augusta accepts no
liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information
provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail
are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions
cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive
late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the
content of this message which arise as a result of the e-mail transmission. If verification is required, please request a
hard copy version.
AED:104.1

[**NOTICE:** This message originated outside of the City of Augusta's mail system --
**DO NOT CLICK** on **links,** open **attachments** or respond to **requests for
information** unless you are sure the content is safe.]

<Consent Order in Love case.pdf>

[**NOTICE:** This message originated outside of the City of Augusta's mail system -- **DO NOT
CLICK** on **links,** open **attachments** or respond to **requests for information** unless you are sure
the content is safe.]



PLAINTIFF'S
EXHIBIT
Clayton 5
6/30/23

| From: | Thomas R. Burnside III |
|---|---|
| To: | Patrick Clayton; Mike D"Amico |
| Cc: | Calvin Chew; randyfrails@frailswilsonlaw.com |
| Subject: | RE: [EXTERNAL] RE: Protester @2903 Professional Pkwy |
| Date: | Tuesday, June 16, 2020 5:30:54 PM |
| Attachments: | image001.png |

Thank you. I think the protester today was someone new and he was much
louder than most. He seemed intent on disrupting our business. Let me know if
we can do anything to assist. We simply cannot tolerate the protest at the
volume level they were today.

THOMAS R. BURNSIDE, III
BURNSIDE LAW FIRM LLP
2919 PROFESSIONAL PKWY.
AUGUSTA, GEORGIA 30907
PHONE: (706) 432-8320
FAX: (706) 504-4306
trb3@burnsidefirm.com
www.burnsidefirm.com

 BurnsideLawFirm LLP

*Personal Injury Attorneys*

CONFIDENTIALITY NOTE: THIS E-MAIL HAS BEEN SENT FROM A LAW FIRM. IT MAY CONTAIN PRIVILEGED AND
CONFIDENTIAL INFORMATION AND IS INTENDED SOLELY FOR THE USE OF PERSON(S) NAMED ABOVE. IF YOU
ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF
THIS E-MAIL IS PROHIBITED AND THAT THERE SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY
YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY
COLLECT TELEPHONE CALL TO THE NUMBER INDICATED AND FORWARD THE ORIGINAL MESSAGE VIA U.S. MAIL
TO THE ABOVE ADDRESS. THANK YOU.

**From:** Patrick Clayton <PClayton@augustaga.gov>
**Sent:** Tuesday, June 16, 2020 4:28 PM
**To:** Thomas R. Burnside III <trb3@burnsidefirm.com>; Mike D'Amico <MDAmico@augustaga.gov>
**Cc:** Calvin Chew <cchew@augustaga.gov>; randyfrails@frailswilsonlaw.com
**Subject:** RE: [EXTERNAL] RE: Protester @2903 Professional Pkwy

Let's try to make a case if we can. This seems like it's affecting commerce and peace!

**From:** Thomas R. Burnside III <trb3@burnsidefirm.com>
**Sent:** Tuesday, June 16, 2020 11:45 AM
**To:** Mike D'Amico <MDAmico@augustaga.gov>
**Cc:** Patrick Clayton <PClayton@augustaga.gov>; Calvin Chew <cchew@augustaga.gov>;
randyfrails@frailswilsonlaw.com


PENGAD 800-631-6989
PLAINTIFF'S
EXHIBIT
Clayton 6
6/30/23

**From:** Danny Whitehead
**To:** Kenneth McCormick; Patrick Blanchard; Matthew Sanderson
**Subject:** Fwd: [EXTERNAL] FW: 2903 Prof Pkwy Protester
**Date:** Wednesday, December 22, 2021 1:05:51 PM

See below email. Please make sure the officers understand that we enforce all laws including local ordinance. It's not our place to question the law, only enforce it. Remind them when they receive a call to approach in away that they can hear the violation before arriving. If so, make the correct charge.

Please don't reply all back to this email.

Thanks

***Danny Whitehead, Lieutenant***
*Richmond County Sheriff's Office*
*North Precinct-Zone 3*
*Field Operations Bureau*
*400 Walton Way Augusta, Ga. 30901*
Office: 706.821.1481
Dispatch: 706.821.1080
Email: dwhitehead@augustaga.gov

---

**From:** Thomas R. Burnside III <trb3@burnsidefirm.com>
**Sent:** Wednesday, December 22, 2021 12:55:40 PM
**To:** Danny Whitehead <dwhitehead@augustaga.gov>
**Cc:** Patrick Clayton <PClayton@augustaga.gov>; Calvin Chew <cchew@augustaga.gov>; Randolph Frails <randyfrails@frailswilsonlaw.com>
**Subject:** [EXTERNAL] FW: 2903 Prof Pkwy Protester

Chief Clayton, Col. Chew, Lt. Whitehead and Mr. Frails,

I wanted to follow up on our email exchange earlier this year. As you know, the Augusta-Richmond Co Noise ordinance was recently amended to include additional prohibitions in Health Care Facility Zones where appropriate signage is posted. The Preferred Women's Health Center at 2903 Professional Pkwy has posted such a sign. Nevertheless, the protesters in front of that building continue to shout at such a volume that it disturbs our business next door. They are standing on the property line of that facility and shouting despite the fact the Ordinance prohibits shouting "within 100 feet" of the health care facility. This is a clear violation of the new ordinance.

I do not have a problem with the purpose of the protest or their presence, but their volume exceeds that which is reasonable and is disruptive to our business. It is also a violation of the new Ordinance.

I have called dispatch routinely to report this violation and yet nothing has been done. One officer came into my office and said he is not going to stop so what do you want me to do about it? He then criticized the new ordinance saying it was one run-on sentence and he was unsure what to do about it. Subsequently, he left and the shouting continued.

Having officers respond and do nothing only empowers the protesters and makes matters worse for

us. As they drive off after doing nothing, the protesters shout even louder.

I again ask that the RCSD enforce the new noise ordinance and cite any protester standing at the property line and shouting in clear violation of the new law. If RCSD is not going to enforce the ordinance and intends to take no action, please advise so I will quit calling and can take other legal measures.

As taxpayers in Richmond Co, we are entitled to enforcement of the laws and to be free from such noise. Failure of RCSD to enforce this Ordinance and to protect taxpayers from the harm it is designed to prevent works a legal injustice that the laws of this State were designed to prevent. See OCGA §§ 9-6-20 and 9-6-22.

I look forward to your reply.

Regards, Thomas Burnside

THOMAS R. BURNSIDE, III
BURNSIDE LAW FIRM LLP
2919 PROFESSIONAL PKWY.
AUGUSTA, GEORGIA 30907
PHONE: (706) 432-8320
FAX: (706) 504-4306
trb3@burnsidefirm.com
www.burnsidefirm.com

CONFIDENTIALITY NOTE: THIS E-MAIL HAS BEEN SENT FROM A LAW FIRM. IT MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED SOLELY FOR THE USE OF PERSON(S) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS E-MAIL IS PROHIBITED AND THAT THERE SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY COLLECT TELEPHONE CALL TO THE NUMBER INDICATED AND FORWARD THE ORIGINAL MESSAGE VIA U.S. MAIL TO THE ABOVE ADDRESS. THANK YOU.

-----Original Message-----
From: Danny Whitehead <dwhitehead@augustaga.gov>
Sent: Wednesday, May 19, 2021 10:46 AM
To: Thomas R. Burnside III <trb3@burnsidefirm.com>
Cc: Patrick Clayton <PClayton@augustaga.gov>; Calvin Chew <cchew@augustaga.gov>; randyfrails@frailswilsonlaw.com
Subject: RE: [EXTERNAL] 2903 Prof Pkwy Protester

Mr. Burnside,

I currently have an officer en route to that location. In the future it would be best for you to contact dispatch directly at (706) 821-1080 to ensure a quick response and no delay. That also generates a case number, and logs the number of complaints at that location. The officers that are assigned to this location/zone are familiar with what probable cause is needed to make a case and the correct charge.

Danny

-----Original Message-----
From: Thomas R. Burnside III <trb3@burnsidefirm.com>
Sent: Wednesday, May 19, 2021 10:34 AM
To: Danny Whitehead <dwhitehead@augustaga.gov>
Cc: Patrick Clayton <PClayton@augustaga.gov>; Calvin Chew <cchew@augustaga.gov>; randyfrails@frailswilsonlaw.com
Subject: [EXTERNAL] 2903 Prof Pkwy Protester

Good morning. I apologize for repeated reports but we are once again being subjected to amplified noise from the protester which is disruptive to our business. We have several in office meetings at the moment and can hear him throughout our office building. Regardless of the content of his message, this is a violation of the noise ordinance and we again request that the ordinance be enforced. Sample of noise in link below.

I did try to call Lt. Whitehead this morning but there was no answer.

Regards, Thomas Burnside

Check out this video captured on Ring device.

https://ring.com/share/384e9ced-c356-4923-982f-66947465cc8c


THOMAS R. BURNSIDE, III
BURNSIDE LAW FIRM LLP
2919 PROFESSIONAL PKWY.
AUGUSTA, GEORGIA 30907
PHONE: (706) 432-8320
FAX: (706) 504-4306
trb3@burnsidefirm.com
www.burnsidefirm.com


CONFIDENTIALITY NOTE: THIS E-MAIL HAS BEEN SENT FROM A LAW FIRM. IT MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED SOLELY FOR THE USE OF PERSON(S) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS E-MAIL IS PROHIBITED AND THAT THERE SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY COLLECT TELEPHONE CALL TO THE NUMBER INDICATED AND FORWARD THE ORIGINAL MESSAGE VIA U.S. MAIL TO THE ABOVE ADDRESS. THANK YOU.


[NOTICE: This message originated outside of the City of Augusta's mail system -- DO NOT CLICK on links, open attachments or respond to requests for information unless you are sure the content is safe.]

---

This e-mail contains confidential information and is intended only for the individual named. If you are not the named addressee, you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail

from your system. The City of Augusta accepts no liability for the content of this e-mail or for the consequences of any actions taken on the basis of the information provided, unless that information is subsequently confirmed in writing. Any views or opinions presented in this e-mail are solely those of the author and do not necessarily represent those of the City of Augusta. E-mail transmissions cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the content of this message which arise as a result of the e-mail transmission. If verification is required, please request a hard copy version.
AED:104.1
[NOTICE: This message originated outside of the City of Augusta's mail system -- DO NOT CLICK on links, open attachments or respond to requests for information unless you are sure the content is safe.]

| From: | Kenneth McCormick |
|---|---|
| To: | Ty Dailey; David Whelchel; Brandon kennedy; Bradley Daniels; Robin Ashmore; Tyler Wood |
| Subject: | Fw: [EXTERNAL] FW: 2903 Prof Pkwy Protester |
| Date: | Thursday, December 23, 2021 5:35:38 AM |
| Attachments: | Outlook-cid_image0.png |

Sgt. Kenneth McCormick B30
Richmond County Sheriff's Office
Road Patrol / Zone 4 A-Shift
400 Walton Way
Augusta, GA 30901
Office# 706-821-1481
Cell# 706-306-5000



---

**From:** Danny Whitehead <dwhitehead@augustaga.gov>
**Sent:** Wednesday, December 22, 2021 1:05 PM
**To:** Kenneth McCormick <KMcCormick@augustaga.gov>; Patrick Blanchard
<PBlanchard@augustaga.gov>; Matthew Sanderson <MSanderson@augustaga.gov>
**Subject:** Fwd: [EXTERNAL] FW: 2903 Prof Pkwy Protester

See below email. Please make sure the officers understand that we enforce all laws including
local ordinance. It's not our place to question the law, only enforce it. Remind them when they
receive a call to approach in away that they can hear the violation before arriving. If so, make
the correct charge.

Please don't reply all back to this email.

Thanks

***Danny Whitehead, Lieutenant***
*Richmond County Sheriff's Office*
*North Precinct-Zone 3*
*Field Operations Bureau*
*400 Walton Way Augusta, Ga. 30901*

| From: | Patrick Blanchard |
| To: | Zone 3B |
| Subject: | FW: [EXTERNAL] FW: 2903 Prof Pkwy Protester |
| Date: | Friday, December 24, 2021 5:11:26 AM |

**From:** Danny Whitehead <dwhitehead@augustaga.gov>
**Sent:** Wednesday, December 22, 2021 1:06 PM
**To:** Kenneth McCormick <KMcCormick@augustaga.gov>; Patrick Blanchard
<PBlanchard@augustaga.gov>; Matthew Sanderson <MSanderson@augustaga.gov>
**Subject:** Fwd: [EXTERNAL] FW: 2903 Prof Pkwy Protester

See below email. Please make sure the officers understand that we enforce all laws including
local ordinance. It's not our place to question the law, only enforce it. Remind them when they
receive a call to approach in away that they can hear the violation before arriving. If so, make
the correct charge.

Please don't reply all back to this email.

Thanks

**Danny Whitehead, Lieutenant**
*Richmond County Sheriff's Office*
*North Precinct-Zone 3*
*Field Operations Bureau*
*400 Walton Way Augusta, Ga. 30901*
Office: 706.821.1481
Dispatch: 706.821.1080
Email: dwhitehead@augustaga.gov

---

**From:** Thomas R. Burnside III <trb3@burnsidefirm.com>
**Sent:** Wednesday, December 22, 2021 12:55:40 PM
**To:** Danny Whitehead <dwhitehead@augustaga.gov>
**Cc:** Patrick Clayton <PClayton@augustaga.gov>; Calvin Chew <cchew@augustaga.gov>; Randolph
Frails <randyfrails@frailswilsonlaw.com>
**Subject:** [EXTERNAL] FW: 2903 Prof Pkwy Protester

Chief Clayton, Col. Chew, Lt. Whitehead and Mr. Frails,

I wanted to follow up on our email exchange earlier this year. As you know, the Augusta-Richmond
Co Noise ordinance was recently amended to include additional prohibitions in Health Care Facility
Zones where appropriate signage is posted. The Preferred Women's Health Center at 2903
Professional Pkwy has posted such a sign. Nevertheless, the protesters in front of that building
continue to shout at such a volume that it disturbs our business next door. They are standing on the
property line of that facility and shouting despite the fact the Ordinance prohibits shouting "within
100 feet" of the health care facility. This is a clear violation of the new ordinance.

I do not have a problem with the purpose of the protest or their presence, but their volume exceeds that which is reasonable and is disruptive to our business. It is also a violation of the new Ordinance.

I have called dispatch routinely to report this violation and yet nothing has been done. One officer came into my office and said he is not going to stop so what do you want me to do about it? He then criticized the new ordinance saying it was one run-on sentence and he was unsure what to do about it. Subsequently, he left and the shouting continued.

Having officers respond and do nothing only empowers the protesters and makes matters worse for us. As they drive off after doing nothing, the protesters shout even louder.

I again ask that the RCSD enforce the new noise ordinance and cite any protester standing at the property line and shouting in clear violation of the new law. If RCSD is not going to enforce the ordinance and intends to take no action, please advise so I will quit calling and can take other legal measures.

As taxpayers in Richmond Co, we are entitled to enforcement of the laws and to be free from such noise. Failure of RCSD to enforce this Ordinance and to protect taxpayers from the harm it is designed to prevent works a legal injustice that the laws of this State were designed to prevent. See OCGA §§ 9-6-20 and 9-6-22.

I look forward to your reply.

Regards, Thomas Burnside

THOMAS R. BURNSIDE, III
BURNSIDE LAW FIRM LLP
2919 PROFESSIONAL PKWY.
AUGUSTA, GEORGIA 30907
PHONE: (706) 432-8320
FAX: (706) 504-4306
trb3@burnsidefirm.com
www.burnsidefirm.com

CONFIDENTIALITY NOTE: THIS E-MAIL HAS BEEN SENT FROM A LAW FIRM. IT MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED SOLELY FOR THE USE OF PERSON(S) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS E-MAIL IS PROHIBITED AND THAT THERE SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY COLLECT TELEPHONE CALL TO THE NUMBER INDICATED AND FORWARD THE ORIGINAL MESSAGE VIA U.S. MAIL TO THE ABOVE ADDRESS. THANK YOU.

-----Original Message-----
From: Danny Whitehead <dwhitehead@augustaga.gov>
Sent: Wednesday, May 19, 2021 10:46 AM
To: Thomas R. Burnside III <trb3@burnsidefirm.com>
Cc: Patrick Clayton <PClayton@augustaga.gov>; Calvin Chew <cchew@augustaga.gov>; randyfrails@frailswilsonlaw.com
Subject: RE: [EXTERNAL] 2903 Prof Pkwy Protester

Mr. Burnside,

The Sheriff's Office has responded many times to The Preferred Women's Health Center at 2903 Professional Pkwy for various reasons. In the past, officers have taken several actions, including completing cases reports, issuing citations for the noise ordinance, and ordering individuals to vacate the area.

As you know, a violation must occur in the presence of the officer, or he or she must have immediate knowledge of it, before an officer can charge an individual. When responding to this location, officers typically try to approach in a way that they can hear and witness the violation without being seen. I responded twice in November, but I did not witness anyone shouting or yelling, only talking at a volume level that would not be considered unreasonable or disruptive. This does not suggest there was no yelling or shouting before I arrived.

I encourage you to continue to call for an officer if you witness an ordinance violation. Officers will continue to respond to every call of service, and if there is a clear violation of a county ordinance it will be enforced.

We can set up a meeting to discuss these concerns when you are available.

Lt. Whitehead


-----Original Message-----
From: Thomas R. Burnside III <trb3@burnsidefirm.com>
Sent: Wednesday, December 22, 2021 12:56 PM
To: Danny Whitehead <dwhitehead@augustaga.gov>
Cc: Patrick Clayton <PClayton@augustaga.gov>; Calvin Chew <cchew@augustaga.gov>; Randolph Frails <randyfrails@frailswilsonlaw.com>
Subject: [EXTERNAL] FW: 2903 Prof Pkwy Protester

Chief Clayton, Col. Chew, Lt. Whitehead and Mr. Frails,

I wanted to follow up on our email exchange earlier this year. As you know, the Augusta-Richmond Co Noise ordinance was recently amended to include additional prohibitions in Health Care Facility Zones where appropriate signage is posted. The Preferred Women's Health Center at 2903 Professional Pkwy has posted such a sign. Nevertheless, the protesters in front of that building continue to shout at such a volume that it disturbs our business next door. They are standing on the property line of that facility and shouting despite the fact the Ordinance prohibits shouting "within 100 feet" of the health care facility. This is a clear violation of the new ordinance.

I do not have a problem with the purpose of the protest or their presence, but their volume exceeds that which is reasonable and is disruptive to our business. It is also a violation of the new Ordinance.

I have called dispatch routinely to report this violation and yet nothing has been done. One officer came into my office and said he is not going to stop so what do you want me to do about it? He then criticized the new ordinance saying it was one run-on sentence and he was unsure what to do about it. Subsequently, he left and the shouting continued.

Having officers respond and do nothing only empowers the protesters and makes matters worse for us. As they drive off after doing nothing, the protesters shout even louder.



PENGAD 800-631-6989
PLAINTIFF'S
EXHIBIT
Clayton 7
6/30/23

| | |
|---|---|
| **From:** | Paul Johnson |
| **To:** | Patrick Blanchard; Robert Cross; Shaun Nguyen; Ty Dailey; William Geisen |
| **Cc:** | Charles Mitchell |
| **Subject:** | FW: [EXTERNAL] RE: Approved Noise Ordinance |
| **Date:** | Tuesday, June 21, 2022 6:36:00 PM |

Effectively immediately check 2903 Professional Parkway in reference to the violation of Noise Ordinance. Every hour we need to do an area check of this location during business hours. Make sure we go out over the radio in order to document that we are checking it. Any violation make sure we make a charge County Ordinance 3-6-3 Everybody should already have a copy of the ordinance. Leave me a copy of any reports/citation from this location. Also be professional/polite when coming in contact with these subjects. They will attempt to get you mad and say something. Make sure BWC is on and remember they also are recording any incidents with law enforcement. Again Be professional and just do your job.

Thanks

**From:** Charles Mitchell <CMitchell@augustaga.gov>
**Sent:** Tuesday, June 21, 2022 4:26 PM
**To:** Paul Johnson <pjohnson@augustaga.gov>
**Subject:** FW: [EXTERNAL] RE: Approved Noise Ordinance

**From:** Patrick Clayton <PClayton@augustaga.gov>
**Sent:** Tuesday, June 21, 2022 9:28 AM
**To:** Charles Mitchell <CMitchell@augustaga.gov>
**Subject:** FW: [EXTERNAL] RE: Approved Noise Ordinance

FYI and Action!

**From:** Thomas R. Burnside III <trb3@burnsidefirm.com>
**Sent:** Friday, June 17, 2022 11:02 AM
**To:** Randolph Frails <randyfrails@frailswilsonlaw.com>; Patrick Clayton <PClayton@augustaga.gov>
**Cc:** Wayne Brown <WBrown@augustaga.gov>
**Subject:** [EXTERNAL] RE: Approved Noise Ordinance

Yes, we have depositions in the office today and can hear him out there screaming right now. It is very disruptive to our business not to mention a violation of the new law. We really should not be forced to repeatedly endure this without intervention from law enforcement.

THOMAS R. BURNSIDE, III
BURNSIDE LAW FIRM LLP

2919 PROFESSIONAL PKWY.
AUGUSTA, GEORGIA 30907
PHONE: (706) 432-8320
FAX: (706) 504-4306
trb3@burnsidefirm.com
www.burnsidefirm.com

CONFIDENTIALITY NOTE: THIS E-MAIL HAS BEEN SENT FROM A LAW FIRM. IT MAY CONTAIN PRIVILEGED AND CONFIDENTIAL INFORMATION AND IS INTENDED SOLELY FOR THE USE OF PERSON(S) NAMED ABOVE. IF YOU ARE NOT AN INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION OR DUPLICATION OF THIS E-MAIL IS PROHIBITED AND THAT THERE SHALL BE NO WAIVER OF ANY PRIVILEGE OR CONFIDENCE BY YOUR RECEIPT OF THIS TRANSMISSION. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY COLLECT TELEPHONE CALL TO THE NUMBER INDICATED AND FORWARD THE ORIGINAL MESSAGE VIA U.S. MAIL TO THE ABOVE ADDRESS. THANK YOU.

**From:** Randolph Frails <randyfrails@frailswilsonlaw.com>
**Sent:** Thursday, June 16, 2022 6:20 PM
**To:** Patrick Clayton (PClayton@augustaga.gov) <pclayton@augustaga.gov>
**Cc:** Wayne Brown <WBrown@augustaga.gov>
**Subject:** Approved Noise Ordinance
**Importance:** High

Chief Clayton:
Attached is the approved noise ordinance for your review.  Our concern is adequate enforcement of section 3-6-3 in the 2900 block of Professional Parkway. We get numerous complaints regarding purported violations in that area.

**Thank you**

**Randolph Frails**
**211 Pleasant Home Rd. Suite A-1**
**Augusta, GA  30907**
**706-855-6715**

FRAILS & WILSON
ATTORNEYS AT LAW

CONFIDENTIALITY NOTICE: This e-mail and all attachments transmitted with it may contain legally privileged and confidential information intended solely for the use of addressee. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution, copying or other use of this message or its attachments is strictly prohibited. If you have received this message in error, please notify the sender immediately by telephone (706-855-6715) or by electronic mail, and delete this message and all copies and backups thereof. Thank you.

[**NOTICE:** This message originated outside of the City of Augusta's mail system -- **DO NOT CLICK** on **links**, open **attachments** or respond to **requests for information** unless you are sure the content is safe.]

Page 1

1          IN THE UNITED STATE DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF GEORGIA
2                  AUGUSTA DIVISION

3

4

STEVEN SMITH,                    )
5                                )
    Plaintiff,                   )      CIVIL ACTION NO.
6                                )        1:21-cv-00149
    v.                           )
7                                )
AUGUSTA-RICHMOND COUNTY          )
8  GEORGIA, et al,               )
                                 )
9    Defendants.                 )
10
11

                VIDEO DEPOSITION OF
12                RICHARD ROUNDTREE
13
14                 June 30, 2023
                    2:32 p.m.
15
16

                 400 Walton Way
17              Augusta, Georgia
18
19     Christine Tatum, 5139-6588-4964-8640, CCR
20
21
22
23
24
25

Richard Roundtree                    June 30, 2023
Smith, Steven v. Augusta-Richmond County, Georgia, et al.

Page 9

1    Q.   Okay.  And are you aware of that from time to time there

2    have been complaints about the activities of people preaching or

3    protesting at or adjacent to that location?

4        A.   That was brought to my attention via this lawsuit by my

5    in-house counsel.

6        Q.   Before this lawsuit came along were you aware that there

7    were complaints out there at that location?

8        A.   I was not.

9    Q.   Okay.  Have you -- who have you spoken to, other than

10   your lawyers, about the fact that there are complaints -- there

11   have been complaints out of there, and based on what you've told

12   to me now, that would be nobody prior -- it would really be

13   nobody; would -- would that be the correct answer?

14       A.   Besides in-house counsel, that is correct.

15       Q.   Okay.  Have you -- and some of these questions seem like

16   they repetitive, Sheriff, but that's --

17       A.   That's fine.

18       Q.   -- so I can be sure, you know, I know.

19           Have you discussed complaints at the abortion facility

20   with Chief Clayton?

21       A.   I have not.

22       Q.   Do you know Mr. Thomas Burnside?

23       A.   I do not.

24       Q.   Then it follows that you've never discussed complaints

25   at the abortion clinic with Mr. Burnside; is that correct?