IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| STEVEN SMITH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CV 122-149 |
| ) | |
| AUGUSTA-RICHMOND COUNTY, ) | |
| GEORGIA, et al., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

For the reasons stated in the undersigned's prior Order, (doc. no. 67), and the presiding District Judge's decision affirming the same, (doc. no. 69), the Court **DENIES** Plaintiff's renewed motion, (doc. no. 70).

SO ORDERED this 11th day of March, 2024, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA