GAS 187(Rev. 9/03) Exhibit and Witness List

# United States District Court
## Southern District of Georgia

Smith, Steven

Augusta-Richmond County,
Georgia, et al.

V.

EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:22-cv-00149

| PRESIDING JUDGE J. Randal Hall | | | | | PLAINTIFF'S ATTORNEY Charles C. Stebbins, III | DEFENDANT'S ATTORNEY Randolph Frails |
|---|---|---|---|---|---|---|
| TRIAL DATE(S) 04/21/2026 | | | | | COURT REPORTER Lisa Davenport | COURTROOM DEPUTY Lisa Widener |
| PLF. NO. | DEF. NO. | DATE. OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES | |
| 1 | | 4/21/2026 | X | X | Noise Ordinance before 07/01/2021 | |
| 2 | | 4/21/2026 | X | X | Noise Ordinance effective 07/01/2021 | |
| 3 | | 4/21/2026 | X | X | Repeal of Noice Ordinance Section 3 | |
| 4 | | 4/21/2026 | X | X | Email 02/12/2025 from John Manton | |
| 5 | | 4/21/2026 | X | X | Defendant City's Discovery Responses | |
| 6 | | 4/21/2026 | X | X | Citation of Smith 05/25/2016 | |
| 7 | | 4/21/2026 | X | | 3 Citations to Smith 03/26/2020 | |
| 8 | | 4/21/2026 | X | X | Injunction in Love v. Augusta | |
| 9 | | 4/21/2026 | X | X | Email from Glen Rhan and Email from Frails | |
| 10 | | 4/21/2026 | X | X | Email from Frails 03/25/2020 | |
| 11 | | 4/21/2026 | X | X | Email from D'Amino and Email from Burnside | |
| 12 | | 4/21/2026 | X | X | Contempraneous Memorandum 03/26/2020 | |
| 13 | | 4/21/2026 | X | X | Ariel photo | |
| 14 | | 4/21/2026 | X | X | Emails R00825-R00827 | |
| 15 | | 4/21/2026 | X | X | 03/26/2020 Body Cam Video (3) | |
| | | | | | | |
| | | | | | | |
| | | 4/21/2026 | | | Steven Smith | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.