IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

STEVEN SMITH,

Plaintiff,

vs.

AUGUSTA-RICHMOND COUNTY, GEORGIA ET AL,

Defendants.

CASE NO.: 1:22-CV-149

**NOTICE OF APPEAL**

COMES NOW Defendant Augusta, Georgia pursuant to FRAP 3 and files this notice of appeal to the United States Court of Appeals for the Eleventh Circuit from the Order dated August 28, 2026 (Doc. 116). Under 28 USC § 1292(a)(1), the courts of appeals shall have jurisdiction of appeals from interlocutory orders of the district courts granting or denying injunctions.

Respectfully submitted this 24th day of September 2026.

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

STEVEN SMITH,

Plaintiff,

vs.

AUGUSTA-RICHMOND COUNTY, GEORGIA ET AL,

Defendants.

CASE NO.: 1:22-CV-149

**CERTIFICATE OF SERVICE**

This is to certify that the within and foregoing **Notice** was served upon the following parties in accordance with ECF rules by electronically filing a copy with the Clerk of Court using the CM/ECF system, by email, or by depositing a copy in the United States Mail with adequate postage thereon to:

Charles C. Stebbins, III
Turner Padget Graham & Laney, P.A.
PO Box 1495
Augusta, GA 30903
cstebbinsiii@turnerpadget.com

This 24th day of September 2026.

/s/Tameka Haynes
**Tameka Haynes**
Georgia Bar No. 453026
**Randolph Frails**
Georgia Bar No. 272729

*Attorneys for Defendants*

**Frails & Wilson LLC**
211 Pleasant Home Road, Suite A1
Augusta, GA 30907
Phone: 706-855-6715
Facsimile: 706-855-7631
thaynes@frailswilsonlaw.com
randyfrails@frailswilsonlaw.com